CQ''462C'' *Tgx023 2; =NJ 04/2024)  Qtfgt ''vq''Rtqeggf ''Ykjqw'Rtgrc{kpi 'Hggu'qt'Equvu''

## WPKVGF ''UVCVGU''FKUVTKEV'EQWTV''
hqt''vjg''
### FKUVTKEV''QH'PGY ''LGTUG[ ''

| | |
|---|---|
| SEDGES | |
| Rnckpvkhh*u+. | Ekxkn''Cevkqp''Pq0'' 2:25-cv-17354-ES-JBC |
| v. | |
| BARBATO | **ORDER ON APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES** |
| Fghgpfcpv*u+0' | |

Jcxkpi ''eqpukfgtgf ''vjg ''crrnkecvkqp''vq''rtqeggf ''ykjqw'rtgrc{ogpv'qh'hggu'wpfgt ''4: ''WUUE0' È3;37.''**KV'KU'QTFGTGF** ''vjg ''crrnkecvkqp''ku<''

☐   **GRANTED.** The clerk is ordered to file the complaint.

☐   **KV'KU'HWTVJGT'QTFGTGF**.''vjg ''engtm'kuuwg''c'uwoo qpu''cpf ''vjg ''WUU0O ctujcn'' ugtxg''c''eqr{''qh'vjg ''eqornckpv.''uwoo qpu''cpf ''vjku''qtfgt ''wrqp''vjg ''fghgpfcpv*u+''cu'' fktgevgf ''d{ ''vjg ''rnckpvkhh*u+0''Cnn'equvu''qh'ugtxkeg''ujcnn'dg''cfxcpegf ''d{ ''vjg ''Wpkvgf ''' Uvcvgu0'

☐   **FGPKGF**.''hqt''vjg ''hqnnqykpi ''tgcuqpu<''

☐   **KV'KU'HWTVJGT'QTFGTGF**.''vjg ''engtm'ku''qtfgtgf ''vq''enqug''vjg ''hkng0''Rnckpvkhh*u+''' oc{ ''uwdokv''rc{o gpv'kp''vjg ''coqwpv'qh'**&625** ''ykjkp''**36** ''fc{u'htqo ''vjg ''fcvg ''qh'vjku''' qtfgt ''vq''tgqrgp''vjg ''ecug''ykj qw'hwtvjgt ''cevkqp''htqo ''vjg ''Eqwtv0'

GPVGTGF ''vjku''        fc{ ''qh'''            . 2025 ▾   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Honorable Esther Salas  ▾
United States District Judge