# Exhibit A: Summary of Procedural Misconduct and Due Process Violations

SEDGES                    BARBATO

**Case Name:** Albert X. [Last Name] v. Honorable Judge [Defendant's Name] **Civil Action No.:** [To be assigned by the Clerk]

This Exhibit summarizes the series of specific, non-discretionary procedural errors and due process violations that form the basis of the accompanying Complaint for Violation of Civil Rights (42 U.S.C. § 1983).

The Defendant, Honorable Judge [Defendant's Name], acting under color of law, committed the following acts, which directly violated the Plaintiff's fundamental right to due process:

## 1. Ex Parte Communication and Reliance on Unsworn Evidence

- **The Violation:** The Defendant engaged in documented, one-sided communication with the opposing party/counsel **without notice** to the Plaintiff, which directly impacted the proceedings.

- **The Result:** The Court's final decision was based, in part, upon information or assertions provided during this ex parte communication, which constitutes a fundamental denial of the right to be heard.

## 2. Failure to Disclose Conflict of Interest / Judicial Bias

- **The Violation:** The Defendant failed to recuse themselves or disclose a clear, direct, and non-waivable conflict of interest, creating an appearance of and demonstrable judicial bias against the Plaintiff.

- **The Result:** The orders issued by the Defendant are viewed by the Plaintiff as tainted by bias, making them arbitrary and capricious, and a violation of the Plaintiff's right to an impartial tribunal.

## 3. Delegation of Judicial Authority and Ratification of Corrupted Evidence

- **The Violation:** The Defendant improperly delegated core judicial fact-finding or decision-making authority to a non-judicial entity or staff member. Furthermore, the Defendant then ratified and adopted evidence or findings that were demonstrably false, corrupted, or fabricated.

- **The Result:** The final orders, being based on non-judicial decisions and corrupted evidence, lack the judicial integrity required by the U.S. Constitution.

## 4. Arbitrary, Capricious, and Contradictory Final Order

10/24/2025

- **The Violation:** The final Order issued by the Defendant on **[Date of Final Order]** was legally contradictory, factually impossible to enforce, and failed to address the core legal issues presented by the Plaintiff.

- **The Result:** The final Order constitutes an abuse of discretion because it is not supported by law or fact, rendering the Order null and void, and violating substantive due process.

**Conclusion:** These specific acts, taken collectively, demonstrate a clear pattern of procedural misconduct that fundamentally impaired the Plaintiff's ability to receive a fair hearing and adjudication,

leading to the deprivation of rights protected by the Fourteenth Amendment.

10/31/25