# SUPERIOR COURT OF NEW JERSEY

# CHANCERY DIVISION – FAMILY PART

# MORRIS VICINAGE

**ALBERT SEDGES,** Plaintiff, v. **SEDGES,** Defendant.

**DOCKET NO.: FM-14-000773-25**

---

## SUPPLEMENTAL CERTIFICATION OF ALBERT SEDGES: RECORD OF SYSTEMIC DUE PROCESS VIOLATIONS AND JUDICIAL DEFIANCE

## TO: ASSIGNMENT JUDGE MINKOWITZ, SUPERIOR COURT OF NEW JERSEY

## SUBJECT TO FEDERAL CONSTITUTIONAL TORT ACTION

## ATTENTION: THE HONORABLE ESTHER SALAS, U.S.D.J. (NOTICE OF SUPPLEMENTAL EVIDENCE: CASE NO. 2:25-cv-17354)

**I, ALBERT SEDGES, of full age, hereby certify the following to be true under penalty of perjury:**

1. **OFFICIAL NOTIFICATION OF FEDERAL TARGET STATUS:** Let this Supplemental Certification serve as official and formal notification that **Assignment Judge Minkowitz** is now a direct target of a Federal Lawsuit for violating my protected civil rights under the **Color of Law**, pursuant to **42 U.S.C. § 1983**. This Court's conduct on February 2, 2026, is the **last straw**. I have had enough of this nonsense and will no longer tolerate the systemic manipulation of judicial procedure to facilitate my injury. **THE HONORABLE ESTHER SALAS, U.S.D.J., WILL BE MADE AWARE OF THIS CONDUCT AS OF TODAY.**

2. **CONTINUED PATTERN OF FLAGRANT HUBRIS & VIOLATION OF SUPREME COURT PRECEDENT:** This type of unprofessional behavior goes hand-in-hand with the conduct of **Judge Barbato**, who was served with a Federal Summons on **Tuesday, January 27th, at 1:31 PM**, yet had the audacity to come into court the very next day, January 28th, to preside over my Order to Show cause and deny it. This is a flagrant example of hubris and the deprivation of my rights. Under the United States Supreme Court precedent set in **Caperton v. A.T. Massey Coal Co.**, and the **New Jersey Code of Judicial Conduct**, a judge is strictly prohibited from presiding over a case where there is a "probability of bias" or a direct conflict of interest. A judge who is under a Federal Summons and continues to adjudicate over the very Plaintiff who filed that Federal Complaint is in direct violation of the Due Process Clause of the **14th Amendment**.

3. **THE CONSTITUTIONAL TORT & VIOLATION OF JUDICIAL CANONS:** I submit this Certification as a formal record of a **Constitutional TORT** and a violation of the **New Jersey Code of Judicial Conduct, Canon 1 and Canon 2**. By manipulating the 2:00 PM (EST) hearing time and withholding the Zoom link until **2:13 PM (EST)** (Sent by Victoria Dalessandro at 1:13 PM CST), the Court has engaged in a "bad-faith" deprivation of my **14th Amendment right to Due**

**Process**. This is a predatory pattern of adjudication that the **Hon. Esther Salas** will be made aware of as of today.

4. **VIOLATION OF LAW FOR UNTIMELY NOTICE & LACK OF PREDICTABILITY:** The Court has shown utter contempt for **N.J. Ct. R. 1:5-1** regarding the necessity of service and **Fair Notice**. I do not possess a "crystal ball," nor am I required to read the Court's mind. By withholding the Zoom notification until the **very day of the hearing** and transmitting it **thirteen minutes AFTER the scheduled start time**, the Court has provided **UNTIMELY NOTICE**, which is no notice at all. Under New Jersey law and the **Due Process Clause**, notice must be reasonably calculated to apprise parties of the proceedings. Sending a link after the doors are supposed to be open is a calculated ambush that renders these proceedings legally void.

5. **THE REASONABLE PERSON STANDARD & DEFAULT OF THE BENCH:** Under any **"Reasonable Person Standard,"** a litigant is entitled to conclude that a hearing has been vacated when the Court fails to provide access by the appointed hour. I was prepared at 2:00 PM (EST). I waited through a reasonable grace period, and when 2:10 PM passed with no link and no communication, the Court effectively defaulted on its own Order. To expect a litigant to remain in indefinite suspension for a non-responsive Court is an arbitrary and capricious exercise of power.

6. **SABOTAGE OF THE RIGHT TO COUNSEL & FINANCIAL PREJUDICE:** This Court granted an adjournment for the purpose of securing Counsel under **N.J. Ct. R. 1:11-2**. However, by withholding the Zoom link until thirteen minutes **AFTER** the hearing was scheduled on the **very day of the event**, the Court made it a logistical and financial impossibility to effectively have an attorney present and prepared to go on the record. This Court is "playing fast and free" with my rights and my potential legal costs. This calculated delay creates a strategic barrier to representation, as no counsel can be expected to remain available for a hearing that the Court itself failed to initiate on time. This is a willful violation of my **6th Amendment right to Counsel**.

7. **NOTICE OF NON-WAIVER & STANDING ON THE RECORD:** My refusal to participate in a "ghost hearing" sent late on the very day it was scheduled is an **assertion** of my rights. I will not be a party to a "Star Chamber" proceeding that mocks the **New Jersey Court Rules** and the **Constitutional Mandates** it is sworn to uphold. Any order resulting from this defective process is **void ab initio**.

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**

Dated: February 2, 2026