# EXHIBIT B: EVIDENCE OF SYSTEMATIC RETALIATION AND ADMINISTRATIVE OBSTRUCTION VIA TWENTY-TWO (22) SUMMARY DENIALS

**TO:** Honorable Esther Salas, U.S.D.J. **FEDERAL CASE NUMBER:** 25-cv-17354 **DEFENDANT:** Martin Barbato **CORRESPONDENCE SOURCE:** Patrick Timney, Law Clerk to Martin Barbato **DATE OF CORRESPONDENCE:** February 3, 2026

## FACTUAL BASIS FOR EXHIBIT B:

1. **Context of Service:** Defendant Martin Barbato was formally served with the Federal Summons in this matter on **January 27, 2026, at 1:31 p.m.** This established Martin Barbato as a Federal Defendant and an adversary to the Plaintiff.

2. **The Correspondence:** On February 3, 2026, seven days after service, Patrick Timney (Law Clerk to Defendant Barbato) transmitted an email to the Plaintiff with the subject line "22 orders." **Please see attached correspondence email to me from Patrick Timney.**

3. **Submission of Evidence:** Plaintiff is submitting these twenty-two (22) orders as evidence as **Exhibit B.**

4. **The Orders:** Attached to said email were twenty-two (22) separate orders adjudicated by Defendant Barbato. Out of these twenty-two orders, twenty (20) were summary denials of Plaintiff's motions.

5. **Lack of Judicial Process:** Every single denial issued by Defendant Barbato on February 3, 2026, lacked a "Statement of Reasons." Furthermore, these orders specifically targeted and denied the Plaintiff's **right for appeal**, effectively attempting to insulate the Defendant's state-court actions from any higher review while he remained a Defendant in this Federal Civil Rights action.

## VIOLATIONS IDENTIFIED:

- **Retaliatory Use of Office:** The timing of twenty-two orders issued immediately following federal service demonstrates a retaliatory motive rather than a judicial function.

- **Deprivation of Appellate Rights:** The summary denial of the right to appeal without a statement of reasons constitutes a "clear absence of all jurisdiction" and a violation of the **Due Process Clause of the Fourteenth Amendment.**

- **Non-Judicial Act:** Adjudicating twenty-two orders in a single day against a federal adversary without providing legal reasoning is an administrative "clearing of the docket" intended to harass the Plaintiff and obstruct the Federal record.

- **Violation of Disqualification and Recusal Standards:** Under the **Due Process Clause of the Fourteenth Amendment** and the principles established in *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009), a judge who is a defendant in a federal case cannot preside over matters involving the very party who is his adversary. Martin Barbato's refusal to recuse and his continued adjudication of these 22 orders while under a Federal Summons is a flagrant violation of the requirement for an impartial tribunal. A judge who is a defendant in a federal case cannot preside over any matters involving that plaintiff.

## LEGAL STATEMENT FOR THE RECORD:

Plaintiff submits the attached email and the corresponding twenty-two (22) orders as direct evidence that Martin Barbato is acting outside the scope of his judicial authority. These acts are purely adversarial and administrative in nature, performed to facilitate a "closed-loop" system of justice that denies the Plaintiff due process under the **Color of Law.**

# EXHIBIT B: EVIDENCE OF SYSTEMATIC RETALIATION AND ADMINISTRATIVE OBSTRUCTION VIA TWENTY-TWO (22) SUMMARY DENIALS

**TO:** Honorable Esther Salas, U.S.D.J. **FEDERAL CASE NUMBER:** 25-cv-17354 **DEFENDANT:** Martin Barbato **CORRESPONDENCE SOURCE:** Patrick Timney, Law Clerk to Martin Barbato **DATE OF CORRESPONDENCE:** February 3, 2026

## FACTUAL BASIS FOR EXHIBIT B:

1. **Context of Service:** Defendant Martin Barbato was formally served with the Federal Summons in this matter on **January 27, 2026, at 1:31 p.m.** This established Martin Barbato as a Federal Defendant and an adversary to the Plaintiff.

2. **The Correspondence:** On February 3, 2026, seven days after service, Patrick Timney (Law Clerk to Defendant Barbato) transmitted an email to the Plaintiff with the subject line "22 orders." **Please see attached correspondence email to me from Patrick Timney.**

3. **Submission of Evidence:** Plaintiff is submitting these twenty-two (22) orders as evidence as **Exhibit B.**

4. **The Orders:** Attached to said email were twenty-two (22) separate orders adjudicated by Defendant Barbato. Out of these twenty-two orders, twenty (20) were summary denials of Plaintiff's motions.

5. **Lack of Judicial Process:** Every single denial issued by Defendant Barbato on February 3, 2026, lacked a "Statement of Reasons." Furthermore, these orders specifically targeted and denied the Plaintiff's **right for appeal**, effectively attempting to insulate the Defendant's state-court actions from any higher review while he remained a Defendant in this Federal Civil Rights action.

## VIOLATIONS IDENTIFIED:

- **Retaliatory Use of Office:** The timing of twenty-two orders issued immediately following federal service demonstrates a retaliatory motive rather than a judicial function.

- **Deprivation of Appellate Rights:** The summary denial of the right to appeal without a statement of reasons constitutes a "clear absence of all jurisdiction" and a violation of the **Due Process Clause of the Fourteenth Amendment.**

- **Non-Judicial Act:** Adjudicating twenty-two orders in a single day against a federal adversary without providing legal reasoning is an administrative "clearing of the docket" intended to harass the Plaintiff and obstruct the Federal record.

- **Violation of Disqualification and Recusal Standards:** Under the **Due Process Clause of the Fourteenth Amendment** and the principles established in *Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868 (2009), a judge who is a defendant in a federal case cannot preside over matters involving the very party who is his adversary. Martin Barbato's refusal to recuse and his continued adjudication of these 22 orders while under a Federal Summons is a flagrant violation of the requirement for an impartial tribunal. A judge who is a defendant in a federal case cannot preside over any matters involving that plaintiff.

## LEGAL STATEMENT FOR THE RECORD:

Plaintiff submits the attached email and the corresponding twenty-two (22) orders as direct evidence that Martin Barbato is acting outside the scope of his judicial authority. These acts are purely adversarial and administrative in nature, performed to facilitate a "closed-loop" system of justice that denies the Plaintiff due process under the **Color of Law.**

## Order #1: Complaint Against Martin Barbato regarding Violation of the CMC

- **Plaintiff's Motion:** A formal legal complaint filed against Martin Barbato for his failure to establish a Case Management Order (CMO) and his conduct in subverting the October 8, 2025 conference.

- **Martin Barbato's Ruling:** "This motion seeks the same relief addressed in defendant's December 16, 2025 motion."

- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**, which mandates the court "shall find the facts and state its conclusions of law."

- **CONSTITUTIONAL INJURY:** By withholding the legal basis for this denial, Barbato rendered the order **UN-APPEALABLE**. This constitutes a deprivation of the Plaintiff's **14th Amendment Due Process** right to a meaningful appeal and a **1st Amendment violation** of the right to petition the government for redress of grievances.

## Order #2: Two-Prong Fraud Upon the Court by Minkowitz

- **Plaintiff's Motion:** A filing addressed specifically to Chief Justice Rabner detailing fraud committed by Minkowitz.

- **Martin Barbato's Ruling:** Denied for "failure to state a claim."

- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.

- **CONSTITUTIONAL INJURY:** Barbato intercepted a complaint directed to his superior and dismissed it without findings. This **JURISDICTIONAL INTERCEPTION** prevents any higher court

CONT. NEXT PG's 3-8 9-12 13-18 19-21

**CERTIFICATION:**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 7, 2026

Signed: _____

**CERTIFICATE OF SERVICE:**

I hereby certify that a copy of this document was served upon the **Attorney General of New Jersey** via **U.S. First Class Mail** at the following address:

**Office of the Attorney General RJ Hughes Justice Complex P.O. Box 080 Trenton, NJ 08625**



Orders - Sedges FM-14-773-25

From:   Patrick Timney (patrick.timney@njcourts.gov)

To:   sedges1@yahoo.com; johnpdell@aol.com

Cc:   elsa.hernandez@njcourts.gov

Date:   Tuesday, February 3, 2026 at 08:19 AM CST

Good day:

Please see the attached twenty-two (22) Orders in the subject-lined matter.

Thank you.

**Patrick Timney**
Law Clerk to the Hon. Martin Barbato, J.S.C.
Morris County Superior Court – Family Division

Office:  (862)-397-5700 x 75788
Email: Patrick.Timney@njcourts.gov

 New Jersey Courts

from reviewing the fraud, thereby extinguishing the Plaintiff's **Due Process** rights through administrative silence.

### Order #3: Motion to Enforce Litigant's Rights (The Vehicle)

- **Plaintiff's Motion:** Request to enforce rights regarding a marital vehicle.
- **Martin Barbato's Ruling:** "Granted," with the instruction that parties are to "confer."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** By issuing an illusory "grant" with no legal reasoning or enforcement mechanism, Barbato has blocked the Plaintiff from demonstrating a "denial of property" to an appellate court, violating the **14th Amendment Property and Liberty interests**.

### Order #4: Motion for Declaratory Judgment and Sanctions

- **Plaintiff's Motion:** Seeking a declaration of rights regarding procedural violations.
- **Martin Barbato's Ruling:** "Defendant failed to state a claim."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** A summary dismissal with zero legal analysis prevents the Plaintiff from showing an appellate court that his rights were indeed violated. This "Silent Dismissal" is a terminal barrier to the **Right to Access the Courts**.

### Order #5: Motion to Compel Compliance and Sanctions

- **Plaintiff's Motion:** Requesting the court force compliance with discovery.
- **Martin Barbato's Ruling:** Re-labeled as a "motion for reconsideration" and denied as out of time.
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Barbato's refusal to state the legal grounds for re-classifying the motion makes it **IMPOSSIBLE TO APPEAL**. This procedural "shell game" is a direct violation of **Due Process** as it creates a time-bar where none exists.

### Order #6: Cross-Motion for Administrative Oversight / Dismissal of Minkowitz

- **Plaintiff's Motion:** Seeking oversight and dismissal of Minkowitz.
- **Martin Barbato's Ruling:** Denied for "failure to state a claim."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Barbato's refusal to provide findings of law while ruling on his own superior is a **Conflict of Interest** that denies the Plaintiff a fair and neutral tribunal, violating the core of the **14th Amendment**.

### Order #7: Motion to Cease Marital Property Liquidation

- **Plaintiff's Motion:** Requesting an immediate halt to the depletion of marital assets.
- **Martin Barbato's Ruling:** Points to previous motions of Nov 14 and Nov 25.
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** This is a **RECURSIVE DENIAL**. By pointing to old, empty orders, Barbato ensures there are no new findings to appeal, allowing the illegal liquidation of the Plaintiff's property to continue without judicial review—a blatant **14th Amendment Property violation**.

### Order #8: Motion to Compel Court for a Case Management Conference (CMC)

- **Plaintiff's Motion:** Requesting the court fulfill its mandatory duty to hold a CMC and issue a CMO.
- **Martin Barbato's Ruling:** "Defendant fails to state a claim... Defendant is free to contact the court to ask for a case management conference."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)** and **N.J. Ct. R. 5:5-7**.
- **CONSTITUTIONAL INJURY:** Barbato subverted the October 8, 2025 conference and then denied a motion to compel one without stating why. This administrative blockade prevents the creation of a Case Management Order, effectively freezing the Plaintiff's **Constitutional Right to a Speedy Trial and Access to the Courts**.

## Order #9: Motion for Evidentiary Hearing regarding Witness Credibility

- **Plaintiff's Motion:** Requesting a hearing to address the credibility of a witness.
- **Martin Barbato's Ruling:** Denied.
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Refusing an evidentiary hearing on a fraudulent witness without providing a legal reason denies the Plaintiff his **Confrontation Rights** and prevents an appeal of the underlying fraud.

## Order #10: Motion for Reconsideration (The April 23rd Gaslight)

- **Plaintiff's Motion:** Seeking enforcement of the favorable April 23, 2025 order.
- **Martin Barbato's Ruling:** "This motion seeks the same relief... It is out of time."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Barbato intentionally mischaracterized an enforcement motion as a reconsideration motion to trigger a time-bar. Because he provided no legal findings to support this, the Plaintiff is left with a "win" that is **UN-APPEALABLE and UN-ENFORCEABLE**, a total breakdown of **Due Process**.

## Order #11: Complaint Against Martin Barbato (The "Eyes Only" Secrecy)

- **Plaintiff's Motion:** A complaint regarding "Eyes Only" designations.
- **Martin Barbato's Ruling:** Refers back to previous denied motions.
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** By echoing old denials, Barbato keeps evidence secret and the record empty. This secrecy violates the **1st Amendment right of access to judicial records** and the **14th Amendment right to a transparent proceeding**.

## Order #12: Motion for Declaratory Judgment and Sanctions (The Silent Duplicate)

- **Plaintiff's Motion:** Seeking a declaration of rights regarding procedural fraud.
- **Martin Barbato's Ruling:** "This motion is a duplicate."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Labeling a motion a "duplicate" when the first was never adjudicated is a tactic to ensure the merits never reach an appellate court. This is a **Constitutional Lockout** from the judicial system.

## Order #13: Motion for Declaratory Judgment and Sanctions (Alternative Count)

- **Plaintiff's Motion:** Seeking relief against the court for procedural fraud.

- **Martin Barbato's Ruling:** "Failed to state a claim."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** A summary "failure to state a claim" without addressing certified evidence of fraud is a direct violation of the duty to provide an appealable record, thereby violating the **Due Process Clause**.

## Order #14: Motion to Vacate Order Granting Power of Attorney

- **Plaintiff's Motion:** Seeking to vacate an order involving Power of Attorney due to fraud.
- **Martin Barbato's Ruling:** Re-labeled as "reconsideration" and denied as out of time.
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Barbato hijacked the Sept 12 hearing to grant POA unilaterally. He then denied the motion to vacate it without findings of law, effectively **SEIZING PLAINTIFF'S PROPERTY** without an appealable record, a clear **14th Amendment violation**.

## Order #15: Obstruction and Violation of Process (Motion to Compel Discovery)

- **Plaintiff's Motion:** Seeking to compel withheld discovery.
- **Martin Barbato's Ruling:** Claims lack of service.
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Barbato ignored certified proof of service and issued a denial based on a falsehood. Without a legal finding explaining why the proof was rejected, the Plaintiff is barred from appealing the **Fraud on the Court**.

## Order #16: Obstruction and Violation of Process (Original Complaint)

- **Plaintiff's Motion:** Detailing obstruction of the original complaint.
- **Martin Barbato's Ruling:** "Failed to state a claim."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Summary dismissal of a complaint regarding court obstruction is a non-judicial act that leaves no record for review, violating the **Right to Redress of Grievances**.

## Order #17: Formal Administrative Complaint (Repeated)

- **Plaintiff's Motion:** Demanding the court stop the obstruction.
- **Martin Barbato's Ruling:** Points to previous denials.
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** This circular loop ensures the Plaintiff's administrative grievances are **PERMANENTLY BURIED**, violating the **First Amendment**.

## Order #18: Motion for Participation via Zoom

- **Plaintiff's Motion:** Request to participate remotely.
- **Martin Barbato's Ruling:** Granted.
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** This "grant" resulted in a technological lockout on Feb 2, 2026. Without findings of law on the right to access, the lockout remains **UN-APPEALABLE**, denying the **Right to be Heard**.

## Order #19: Motion for Production Agreement

- Plaintiff's Motion: Requesting production of the agreement.
- Martin Barbato's Ruling: Denied for "failure to attach."
- VIOLATION OF LAW: Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- CONSTITUTIONAL INJURY: Barbato ignored the record showing the attachment was filed in June — his refusal to acknowledge the record is a **BAD FAITH ACT** that prevents an appeal, violating the **14th Amendment**.

## Order #20: Motion for Relief from Order/Judgment (PNA)

- **Plaintiff's Motion:** Seeking relief from the PNA order due to fraud.
- **Martin Barbato's Ruling:** Denied for "failure to attach the order."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Barbato used a technicality to avoid ruling on fraud. Without a legal opinion, the Plaintiff is barred from appealing the PNA fraud, a violation of **Due Process**.

## Order #21: Motion to Compel Compliance and Sanctions (The Slow-Walk)

- **Plaintiff's Motion:** Seeking sanctions for ongoing non-compliance.
- **Martin Barbato's Ruling:** Denied as "out of time."
- **VIOLATION OF LAW:** Defendant violated **N.J. Ct. R. 1:7-4(a)**.
- **CONSTITUTIONAL INJURY:** Barbato created the delay and used it to deny the motion. This "slow-walk" tactic, combined with a lack of legal reasoning, is a **COMPLETE DEPRIVATION OF THE CONSTITUTIONAL RIGHT TO APPEAL.**

## SUMMARY STORYLINE: THE ANATOMY OF THE "UN-APPEALABLE" DENIAL LOOP

The forgoing orders reveal a deliberate, recursive strategy: **The Denial of a Denial of the Last Denial.** Under **N.J. Ct. R. 1:7-4(a)**, a judge is stripped of immunity when they abandon the judicial duty to provide findings of fact and law. By issuing 21 orders without a single legal explanation, Martin Barbato has intentionally **LOCKED THE DOORS TO THE APPELLATE DIVISION.**

An appellate court cannot review what does not exist. By refusing to provide the "Why" behind his rulings, Barbato has ensured that his errors—and the fraud committed by Minkowitz—can never be corrected. This is not a judicial act; it is the **ADMINISTRATIVE KILLING** of a legal case. This systematic creation of an "Un-appealable" record is a per se violation of the **14th Amendment's Due Process Clause** and the **1st Amendment's Right of Access to the Courts.**

## CONCLUSION: IMMUNITY IS INAPPLICABLE

Because Martin Barbato has violated **N.J. Ct. R. 1:7-4(a)** on 21 separate counts, and has used those violations to strip the Plaintiff of his **Constitutional Rights to Due Process and Access to the Courts.** he has abandoned the judicial role. Immunity does not shield a judge who uses his office to create a lawless loop of circular, unreviewable denials. The Defendant's Motion to Dismiss based on Immunity must be **DENIED.**

## CERTIFICATION OF TRUTHFULNESS

I **Albert Sedges**, Plaintiff in the above-captioned matter, hereby certify as follows:

1. I am the Plaintiff in this action and I am fully familiar with the facts and circumstances set forth in the foregoing Opposition to Defendant Martin Barbato's Motion to Dismiss.

2. The descriptions of the 21 orders and the conduct of the Defendant as detailed herein are true and accurate to the best of my knowledge, information, and belief.

3. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under the laws of the United States, including the penalties for perjury.

**Dated:** February 3, 2026

**Respectfully Submitted,**

**Albert Sedges, Plaintiff Pro Se**

CONFIDENTIAL FM-14-000773-25  01/05/2026 02:26:55 AM  Pg 5 of 15  Trans ID: FAM20266192

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

## Form C - Proposed Order

**Filing Attorney Information or Pro Se Litigant:**

Name ALBERT SEDGES

NJ Attorney ID Number N/A

Address 201SOUTH RODGERS RD.HOT SPRINGS AR. 71901BLDG 1 APT 130

Daytime Phone 8626836327 ___ ext. N/A ___ Cell Phone _____

Email Address SEDGES1@YAHOO.COM

Your Name ALBERT SEDGES

(check one) ☐ Plaintiff ■ Defendant

CAROL SEDGES
_____
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
_____
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _January 5, 2026_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support       ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments        ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments              ☐ Emancipate a Child

☐ Change Custody arrangements                     ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements                  ☐ Change of Venue

■ Other (specify): COMPLAINT JUDGE BARBATO /VIOLATION OF CMC

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

Revised 08/06/2020, CN 10483

CONFIDENTIAL  FM-14-000773-25   12/16/2025 01:29:15 PM   Pg 6 of 11   Trans ID: FAM20252008584

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Defendant fails to state a claim upon which relief can be granted by motion. Defendant is free to contact the court to ask for a case management conference_

2. The ___Morris___ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- N/A _____, required by this order and reissue, if necessary, any income withholding orders.

_Martin F Barbato_

_MARTIN F. BARBATO_ , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review**. See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL  FM-14-000773-25   12/31/2025 01:09:58 PM   Pg 5 of 14   Trans ID: FAM20252070408

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

## Form C - Proposed Order

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT  SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH ROGERS RD. HOT SPRINGS AR. 71901
~~BLDG I APT 130~~

Daytime Phone  8626836327 ___ ext. N/A ___ Cell Phone ___
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County  Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 31, 2025_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support     ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments     ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments             ☐ Emancipate a Child

☐ Change Custody arrangements                     ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements                 ☐ Change of Venue

■ Other (specify):  CROSS MOTION ADMIN OVERSIGHT/DIS. ASSIGN JUDGE

filed by ☐ plaintiff / ■ defendant and _____
                                        (leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____
   b. _____

Revised 08/06/2020, CN 10483                                          page 25 of 36

CONFIDENTIAL FM-14-000773-25   12/31/2025 01:04:41 PM   Pg 6 of 37   Trans ID: FAM20252070359

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Failure to state a claim and/or to provide legally sufficient support for a claim upon which relief can be granted._

_____

2. The _Morris_ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_ , required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_
Martin F. Barbato        , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL FM-14-000773-25   12/31/2025 01:04:41 PM   Pg 5 of 37   Trans ID: FAM20252070359

**FILED**

FEB 03 2026

### Form C - Proposed Order

Martin F. Barbato, J.S.C

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH ROGERS RD HOT SPRINGS AR. 71901 ~~BLDG I APT 130~~

Daytime Phone  8626836327 ___ ext. N/A ___ Cell Phone ___

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County  Morris

Docket Number  FM-14-000773-25

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 31, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify):  "DEFENDANT'S OPPOSITION TO ORDER TO SHOW CAUSE

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

Revised 08/06/2020, CN 10483

page 25 of 36

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

. Additional Relief. (Leave these lines blank for the Judge).

_Failure to state a claim and/or to provide legally_
_sufficient support for a claim upon which relief_
_can be granted._

_____

_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_
Martin F. Barbato          , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "**shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right.**"

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also *Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

**FILED**

FEB 03 2026

**Form C - Proposed Order**

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH ROGERS RD. HOT SPRINGS AR. 71901 BLDG I APT 130

Daytime Phone 8626836327     ext. N/A      Cell Phone

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County   Morris

Docket Number  FM-14-000773-25

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ *December 23, 2025*, on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify): CEASE AND DESIST MARITAL PROPERTY/LIQUIDATION

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this *February 3, 2026* ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant seeks the relief sought in his motions of November 14, 2025, And November 25, 2025.*

_____

_____

_____

2. The ___Morris___ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- ___N/A___, required by this order and reissue, if necessary, any income withholding orders.

*Martin F. Barbato*

**MARTIN F. BARBATO, J.S.C.**

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge **"shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."**

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.,* 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL FM-14-000773-25   12/18/2025 09:57:28 AM   Pg 5 of 34   Trans ID: FAM20252021304

**FILED**

FEB 03 2026

### Form C - Proposed Order

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUUTH RODGERS RD. HOT SPRINGS AR. 79101 BLDG I APT 130

Daytime Phone  8626836327      ext. N/A      Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ *December 18, 2025*, on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements
■ Other (specify):  SPOLIATION significant alteration, or mutilation of evidence

☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this *February 3, 2026* ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)
   a. _____
   b. _____

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Defendant seeks relief addressed in his motions of_
_October 19, 2025, October 20, 2025, November 25, 2025, and_
_December 8, 2025._

_____

_____

2. The __Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- __N/A_____, required by this order and reissue, if necessary, any income withholding orders.

> _Martin F Barbato_
> MARTIN F. BARBATO    , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL  FM-14-000773-25   12/17/2025 11:25:52 AM   Pg 5 of 12   Trans ID: FAM20252015623

**FILED**

**Form C - Proposed Order**

FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES

Martin F. Barbato, J.S.C.

NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
79101 BLDG 1 APT130

Daytime Phone  8626836327    ext. N/A    Cell Phone
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County  Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ *December 17, 2025*        , on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Other (specify): _____

☐ Motion for Reconsideration

■ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

filed by ☐ plaintiff / ■ defendant and _____
· (leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this *February 3, 2026*    ORDERED THAT:

1.  The ☐ plaintiff / ■ defendant is hereby ☒ granted / ☐ denied the following relief(s): (See step 5 on page 10)

    a.  _____

    b.  _____

Revised 08/06/2020, CN 10483

page 25 of 36

CONFIDENTIAL  FM-14-000773-25   12/17/2025 11:25:52 AM   Pg 6 of 12   Trans ID: FAM20252015623

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Plaintiff is to comply with the Court's October 24, 2025, Order, for the reasons set forth in Defendant's certification. Motion was unopposed.*

2. The ___Morris___ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- __N/A__ , required by this order and reissue, if necessary, any income withholding orders.

Martin F. Barbato               , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "**shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right.**"

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also *Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL  FM-14-000773-25   12/15/2025 02:12:26 PM   Pg 5 of 21   Trans ID: FAM20252001358

# FILED

**Form C - Proposed Order**

FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**

Martin F. Barbato, J.S.C.

Name ALBERT N SEDGES

NJ Attorney ID Number  N/A

Address 201 SOUTH RODGERS RD. HOT SPRINGS AR.
71960 BLDG I APT 130

Daytime Phone 8626836327 ____ ext. N/A ____ Cell Phone ____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT N. SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris

Docket Number  FM-14-000773-25

v.

ALBERT N. SEDGES

Defendant (Name as it appears in original caption)

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 15, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

■ Other (specify):  EVIDENTIARY HEARING

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

Revised 08/06/2020, CN 10483

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_This motion seeks the same relief sought by Defendant in his October 31, 2025, Motion._

2. The __Morris__ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- __N/A__ , required by this order and reissue, if necessary, any income withholding orders.

*Martin J Barbato*

MARTIN F. BARBATO , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review**. *See also Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL FM-14-000773-25   12/15/2025 02:06:15 PM   Pg 5 of 27   Trans ID: FAM20252001248

CONFIDENTIAL FM-14-000773-25   10 24 2025 10:50:37 PM   Pg 5 of 14   Trans ID: FAM20251745024

# FILED

**Form C - Proposed Order**

FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**

Name **ALBERT N SEDGES**

Martin F. Barbato, J.S.C.

NJ Attorney ID Number **N/A**

Address **69 MOUNTAINVIEW AVE MOUNT ARLINGTON N.J. 07856**

Daytime Phone **8626836327**    ext. **N/A**    Cell Phone _____

Email Address **SEDGES1@yahoo.com** ·

Your Name **Albert N. Sedges**

(check one) ☐ Plaintiff ■ Defendant

---

**CAROL SEDGES**

Plaintiff, (Name as it appears in original caption)

v.

**ALBERT N. SEDGES**

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County  **Morris**

Docket Number  **FM-14-000773-25**

**Civil Action**

**Order**

(See Below)

---

THIS MATTER being opened to the court on ~~Friday,~~ *December 15 2025* , on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Other (specify): _____

■ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

filed by ☐ plaintiff / ■ defendant and _____

_____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _*February 3, 2026*_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

    a. _____

    b. _____

---

.   c. _____

    d. _____

    (Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_This motion seeks the same relief sought in defendant's_
_motions of October 24, 2025, October 27, 2025, and_
_October 30, 2025._

_____

_____

2.  The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS-_N/A_____, required by this order and reissue, if necessary, any income withholding orders.

                              _Martin F. Barbato_
                              MARTIN F. BARBATO      , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL FM-14-000773-25   12 08 2025 02:03 39 PM   Pg 5 of 45   Trans ID: FAM2025195252

**Form C - Proposed Order**

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD.HOT SPRINGS AR. 71901 BLDG I APT 130

Daytime Phone  8626836327 ____ ext. N/A ____ Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff ■ Defendant

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County   Morris

Docket Number  FM-14-000773-25

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 8, 2025_ _____, on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify): COMPLAINT AGAINST JUDGE BARBATO _COMPLAINT_ |||

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

CONFIDENTIAL  FM-14-000773-25   12/08/2025 02:03:39 PM   Pg 6 of 45   Trans ID: FAM20251962527

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_This motion is for the same relief sought in defendants_
_motions of October 18, 2025, October 20, 2025, November 1, 2025,_
_and November 25, 2025._

_____

_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_
MARTIN F. BARBATO          , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL FM-14-000773-25   11/30/2025 10:47:21 PM   Pg 5 of 13   Trans ID: FAM20251917222

**FILED**

### Form C - Proposed Order

FEB 03 2026

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD HOT SPRINGS AR.
71901 BLDGI APT 130

Daytime Phone  8626836327      ext. N/A      Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEGES
Plaintiff, (Name as it appears in original caption)

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris

Docket Number  FM-14-000773-25

v.

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _November 30, 2025_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements
☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue

■ Other (specify):  MOTION FOR DECLARATORY JUDGEMENT + SANCTIONS

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now
this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)
    a. _____
    b. _____

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*This motion is a duplicate of the other motion filed on November 30, 2025.*

2. The  Morris  County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- N/A , required by this order and reissue, if necessary, any income withholding orders.

_____

MARTIN F. BARBATO    , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also *Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL FM-14-000773-25   11/28/2025 03:23:19 PM   Pg 5 of 10   Trans ID: FAM20251916246

# FILED

FEB 03 2026

Martin F. Barbato, J.S.C.

## Form C - Proposed Order

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT N. SEDGE

NJ Attorney ID Number  N/A

Address  69 MOUNTAINVIEW AVE MOUNT ARLIGTON ~~NEW JERSEY 07856~~

Daytime Phone  8626836327      ext.          Cell Phone

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT N. SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT N. SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County  Morris

Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ *November 28, 2025* , on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify):  MOTION TO COMPEL DISCOVERY AND  SUPPRES CLAIM

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this *February 3, 2026*  ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

    a. _____

    b. _____

Revised 08/06/2020, CN 10483

page 25 of 36

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_This motion is a duplicate of defendants motion filed also on November 28, 2025._

_____

_____

_____

2. The __Morris__ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- __N/A__ , required by this order and reissue, if necessary, any income withholding orders.

_Martin J Barbato_

MARTIN F. BARBATO   , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL  FM-14-000773-25   11/28/2025 01:49:44 PM   Pg 5 of 26   Trans ID: FAM20251916186

**FILED**

**Form C - Proposed Order**                                         FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**                  Martin F. Barbato, J.S.C.
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
~~71901 BLDG I APT. 130~~

Daytime Phone  8626836327      ext. N/A     Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

| | |
|---|---|
| CAROL SEDGES | Superior Court of New Jersey |
| Plaintiff, (Name as it appears in original caption) | Chancery Division-Family Part |
| | County  Morris |
| v. | Docket Number  FM-14-000773-25 |
| ALBERT SEDGES | **Civil Action** |
| Defendant (Name as it appears in original caption) | **Order** |
| | (See Below) |

THIS MATTER being opened to the court on ~~Friday,~~ _November 28, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support     ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments       ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments             ☐ Emancipate a Child

☐ Change Custody arrangements                    ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements                 ☐ Change of Venue

■  Other (specify):  obstruction and violation of process _of MOTION TO COMPEL DISCOVERY_

filed by ☐ plaintiff / ■ defendant and  _____
                                         (leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this  _February 3, 2026_  ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)
   a.  _____
   b.  _____

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant's request for relief was previously addressed in the Court's Orders of November 21, 2025, and December 3, 2025*

2. The **Morris** County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- **N/A**, required by this order and reissue, if necessary, any income withholding orders.

*Martin L Barbato*

MARTIN F. BARBATO    , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

# FILED

**Form C - Proposed Order**

FEB 03 2024

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR. 71901 BLDG I APT. 130

Martin F. Barbato. J.S.C

Daytime Phone  8626836327    ext. N/A    Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

---

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County    Morris

Docket Number  FM-14-000773-25

**Civil Action**

**Order**

(See Below)

---

THIS MATTER being opened to the court on ~~Friday,~~ *November 28, 2025* _____, on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify):  <u>obstruction and violation of process OF ORIGINAL COMPLAINT</u>

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this *February 3, 2026* ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

    a. _____

    b. _____

---

Revised 08/06/2020, CN 10483

CONFIDENTIAL  FM-14-000773-25   11/28/2025 10:54:47 AM   Pg 6 of 15   Trans ID: FAM20251916088

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant failed to state a claim upon which relief could be granted. Denied.*

2. The _Morris_ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_ , required by this order and reissue, if necessary, any income withholding orders.

_Martin J Barbato_
MARTIN F. BARBATO        , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

**FILED**

FEB 03 2026

**Form C - Proposed Order**

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**

Name ALBERT N. SEDGES

NJ Attorney ID Number N/A

Address 69 MOUNTAINVIEW AVE MOUNT ARLINGTON NEW JERSEY 07856

Daytime Phone 8626836327 ext. N/A   Cell Phone 0000000000

Email Address SEDGES1@YAHOO.COM

Your Name ALBERT N. SEDGES

(check one) ☐ Plaintiff ■ Defendant

CAROL ANN SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT N. SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County Morris

Docket Number FM-14-000773-25

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ November 25, 2025, on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements

☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue

■ Other (specify): Formal Administrative Complaint and Request for Immediate Judic

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ☐ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this ~~January 15, 2021~~ ORDERED THAT:

February 3, 2026

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

c.  _____

d.  _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*This motion is the same motions filed October 18, 2025, and October 20, 2025, which were denied November 21, 2025, and December 3, 2025.  Denied.*

2.  The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_____Martin J Barbato_____

MARTIN F. BARBATO    , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.,* 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

**Form C - Proposed Order**

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
71901 BLDG I APT 130

Daytime Phone  8626836327       ext. N/A     Cell Phone
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT N SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County  Morris

Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ *November 25, 2025*, on a Notice of Motion to:

☐ Continuation/Termination of Child Support        ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments        ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments                   ☐ Emancipate a Child

☐ Change Custody arrangements                                ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements                             ☐ Change of Venue

■ Other (specify):  Motion to Vacate Order Granting Power of Attorney

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this ~~*January 15, 2026*~~   ORDERED THAT:
*February 3, 2026*

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)
   a. _____
   b. _____

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*This motion is essentially another motion for reconsideration of the September 12, 2025, Court Order. Denied.*

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_

MARTIN F. BARBATO    , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "**shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right.**"

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.,* 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL  FM-14-000773-25   11/18/2025 10:46:53 PM   Pg 5 of 9   Trans ID: FAM20251871745

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

## Form C - Proposed Order

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
~~71901 BLDG I APT. 130~~

Daytime Phone  8626836327     ext. N/A     Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County  Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _November 12, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify):  MOTION FOR RELIEF FROM ORDER/JUDGEMENT/PNA

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this ~~January 14, 2026~~  ORDERED THAT:
_February 3, 2026_

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

    a. _____

    b. _____

Revised 08/06/2020, CN 10483

page 25 of 36

CONFIDENTIAL  FM-14-000773-25   11/18/2025 10:46:53 PM   Pg 6 of 9   Trans ID: FAM20251871745

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant failed to attach a copy of the order from which he seeks relief and to provide basis under the applicable rule for relief.*

2. The ___Morris___ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- __N/A__ , required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_

MARTIN F. BARBATO  , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL FM-14-000773-25   11/15/2025 10:48:37 AM   Pg 5 of 13   Trans ID: FAM20251854439

**Form C - Proposed Order**

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOTSPRINGS AR. 71901

Daytime Phone  8626836327      ext. N/A    Cell Phone
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County    Morris

Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _November 15, 2025_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements
■ Other (specify): MOTION FOR APPEARENCE ELECTRONIC MEANS/ZOOM

☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this ~~January 7, 2026~~ _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☒ granted / ☐ denied the following relief(s): (See step 5 on page 10)   _as modified._

a. _____
b. _____

Revised 08/06/2020, CN 10483

page 25 of 36

CONFIDENTIAL  FM-14-000773-25   11/15/2025 10:48:37 AM   Pg 6 of 13   Trans ID: FAM20251854439

c. _____

d. _____

(Attach additional sheets of 8,5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge),

_Defendant may appear virtually as permitted by the trial_
_judge. It is more likely that trial will be required_
_in person, whereas motions would be virtual._

_____

_____

2.  The __Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- __N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin F Barbato_
MARTIN F. BARBATO          , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

# FILED

**Form C - Proposed Order**

FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT  SEDGES

Martin F. Barbato, J.S.C.

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR. 71901 BLDG I APT 130

Daytime Phone  8626836327    ext. N/A    Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County  Morris

Docket Number  FM-14-000773-25

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ *November 14, 2025*, on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify):  COMPEL COMPLIANCE AND SANCTIONS

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this ~~January 14, 2016~~ *February 3, 2026* ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

    a. _____

    b. _____

CONFIDENTIAL  FM-14-000773-25   11/14/2025 05:17:05 AM   Pg 6 of 13   Trans ID: FAM20251846850

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_This motion is essentially a motion for reconsideration of the Court's September 12, 2025, Order and is therefore out of time._

_____

_____

2. The _Morris_ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_ , required by this order and reissue, if necessary, any income withholding orders.

_Martin J Barbato_

MARTIN F. BARBATO , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review**. See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL  FM-14-000773-25   11/25/2025 08:07:53 AM   Pg 5 of 13   Trans ID: FAM20251902687

**FILED**

**Form C - Proposed Order**

FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT SEDGES

Martin F. Barbato, J.S.C.

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
71901 BLDG I APT 130

Daytime Phone  8626836327 _____ ext. N/A _____ Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT N SEDGES

(check one) ☐ Plaintiff  ■ Defendant

---

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County  Morris

Docket Number  FM-14-000773-25

**Civil Action**

**Order**

(See Below)

---

THIS MATTER being opened to the court on ~~Friday,~~ *November 25, 2025* , on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify): Motion to Vacate Order Granting Power of Attorney

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this *~~January 15, 2026~~* ORDERED THAT:

*February 3, 2026*

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

---

CONFIDENTIAL  FM-14-000773-25   11/25/2025 02:44:27 PM   Pg 6 of 32   Trans ID: FAM20251906846

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*This motion is essentially another motion for reconsideration of the September 12, 2025, Court Order. Denied.*

_____

_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_
MARTIN F. BARBATO    , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

## Form C - Proposed Order

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address 201 SOUTH RODGERS RD HOT SPRINGS AR.
~~71901 BLDGI APT 130~~

Daytime Phone 8626836327      ext. N/A      Cell Phone

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County   Morris

Docket Number  FM-14-00077.-25

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ *November 30, 2025*, on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify): MOTION FOR DECLARATORY JUDGEMENT + SANCTIONS

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this *February 3, 2026* ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

a. _____

b. _____

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant failed to state a claim upon which relief can be granted.*

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_____
*Martin J Barbato*
MARTIN F. BARBATO, J.S.C.

**LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review**. See also *Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL FM-14-000773-25   12/17/2025 11:25:52 AM   Pg 5 of 12   Trans ID: FAM20252015623

**Form C - Proposed Order**

**FILED**

**Filing Attorney Information or Pro Se Litigant:**

FEB 03 2026

Name  ALBERT SEDGES

Martin F. Barbato, J.S.C.

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
~~79101 BLDG 1 APT 130~~

Daytime Phone  8626836327   ext. N/A   Cell Phone

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
_____

Plaintiff, (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris

v.

Docket Number  FM-14-000773-25

ALBERT SEDGES
_____

Defendant (Name as it appears in original caption)

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 17, 2025_ , on a Notice of
Motion to:

☐ Continuation/Termination of Child Support    ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments    ■ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments    ☐ Emancipate a Child

☐ Change Custody arrangements    ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements    ☐ Change of Venue

☐  Other (specify): _____

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and
considered the certifications and other papers filed herein and having heard the arguments and
considered the arguments of the parties and for good cause shown; It is now
this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☒ granted / ☐ denied the following relief(s): (See
   step 5 on page 10)
   a. _____
   b. _____

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Plaintiff is to comply with the Courts October 24, 2025, Order, for the reasons set forth in Defendants certification.*

*Motion was unopposed.*

2. The  Morris _____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- N/A _____, required by this order and reissue, if necessary, any income withholding orders.

_____

Martin F. Barbato , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also *Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

## Form C - Proposed Order

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBWERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
~~BLDG I APT 130 BLDG I APT 130~~

Daytime Phone  8626836327     ext. N/A     Cell Phone
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ *December 16, 2025*, on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements
☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue
■ Other (specify):  COMPEL THE COURT FOR C.M.C. HEARING

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now
this *February 3, 2026*  ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____
   b. _____

CONFIDENTIAL  FM-14-000773-25   01/05/2026 02:26:55 AM   Pg 6 of 15   Trans ID: FAM20266192

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_This motion seeks the same relief addressed in defendant's_
_December 16, 2025, Motion._

_____

_____

_____

_____

2. The __Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS-__N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin Barbato_
MARTIN F. BARBATO     , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge **"shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."**

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also *Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").