*✕ORDER✕*



**MIKIE SHERRILL**
*Governor*

**DR. DALE G. CALDWELL**
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

**JENNIFER DAVENPORT**
*Attorney General*

**MICHAEL C. WALTERS**
*Director*

March 23, 2026

**via CM/ECF**
The Hon. James B. Clark, U.S.M.J.
Marting Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  **Albert Sedges v. The Honorable Judge Barbato**
     **Civil Action No. 2:25-cv-17354-ES-JBC**

     **Request to Adjourn April 23, 2026 Scheduling Conference**

Dear Judge Clark:

This office represents Defendant, the Hon. Martin F. Barbato, J.S.C., in the above-referenced matter. In light of this Court's March 4, 2026, Order (ECF No. 39), I write to respectfully request an adjournment of the Rule 16 scheduling conference currently set for April 23, 2026, and a stay of discovery pending resolution of Judge Barbato's Motion to Dismiss (ECF No. 38).

On March 3, 2026, Defendant Judge Barbato filed a Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In that motion, Judge Barbato argues that this suit – brought by a pro se litigant who disagrees with the judge's decisions in the underlying state court action – should be dismissed on Eleventh Amendment sovereign immunity and judicial immunity grounds.

Given that judicial immunity provides immunity from suit, not only liability, Judge Barbato respectfully requests that the Court adjourn the Rule 16 conference and stay discovery, both of which are premature at this time, while this Court decides the Motion to Dismiss.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2440 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*



The Hon. James B. Clark, U.S.M.J.
March 23, 2026
Page 2

We thank the Court for its consideration to this matter.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By:   s/Kenneth R. Schuster, Jr.
      Kenneth R. Schuster, Jr.
      Deputy Attorney General

cc:   (via CM/ECF and U.S. Mail)
      Albert Sedges

*The April 23, 2026 initial Conference is adjourned to November 12, 2026 at 11:00 AM.

SO ORDERED

s/James B. Clark
James B. Clark, U.S.M.J.
Date: 3/24/2026