**Albert Sedges**
201 South Rogers Road
Hot Springs, Arkansas 71913
**Phone:** 862-683-6327
**Email:** sedges1@yahoo.com

**DATE:** April 2, 2026

**TO:** Office of the Clerk
**United States District Court, District of New Jersey**
Attn: Chambers of Judge Esther Salas

**RE: URGENT NOTICE OF DELAYED DOCKETING & FILING STATUS**
**CASE NAME:** Sedges v. Barbato
**CASE NUMBER:** 25-cv-17354
**ADS SUBMISSION DATE:** Tuesday, March 31, 2026

**TO THE CLERK OF THE COURT:**

I, **Albert Sedges**, Plaintiff *Pro Se*, submit this formal notice to alert the Court and the Clerk's Office to a significant administrative delay regarding my opposition filings.

On **Tuesday, March 31, 2026**, I submitted a total of **27 documents** via the Alternate Document Submission (ADS) system. I have received 27 individual email receipts confirming these submissions were successful on that date. However, as of today, Thursday, April 2, 2026, **only 8 of the 27 items** have been entered onto the official docket.

**Time is of the essence.** My deadline to complete this opposition filing is **Tuesday, April 7, 2026**. These documents have been in the Clerk's possession for 48 hours without being docketed. I am respectfully requesting that the Clerk's Office immediately process the remaining 19 submissions to ensure the record is complete and accessible to Judge Salas before the upcoming deadline.

If any of these 19 pending documents are deemed **deficient**, I request immediate notification via email (**sedges1@yahoo.com**) or phone (**862-683-6327**) so I may cure them instantly. I cannot allow administrative backlog to prejudice my right to be heard on the merits.

Thank you for your immediate attention to this urgent matter.

Respectfully submitted,

**Albert Sedges**
*Plaintiff Pro Se*

4/2/2026