**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ALBERT SEDGES,** *Plaintiff,*

v.

**ASSIGNMENT JUDGE MINKOWITZ,** (In his Individual and Administrative Capacities)
**Defendant.**

**CIVIL COMPLAINT FOR CONSTITUTIONAL VIOLATIONS**
(42 U.S.C. § 1983; 42 U.S.C. § 1985; 42 U.S.C. § 407)

## I. PRELIMINARY STATEMENT

1. This is a civil rights action for declaratory relief, injunctive relief, and compensatory and punitive damages brought pursuant to **42 U.S.C. § 1983**, the **First, Fourth, Fifth,** and **Fourteenth Amendments** to the United States Constitution, and **42 U.S.C. § 407** of the Social Security Act.

2. Plaintiff, **Albert Sedges**, a disabled senior citizen and *Pro Se* litigant, brings this action to seek emergency relief from a calculated and documented campaign of **Administrative Malfeasance, Judicial Fraud**, and **Institutional Retaliation** orchestrated by Defendant Minkowitz. For **182 days**, from October 8, 2025, to April 8, 2026, the Plaintiff has been subjected to a systemic administrative tyranny. Under the Defendant's oversight, the Superior Court has operated not as a hall of justice, but as a predatory machine designed to "step on" a *Pro Se* litigant like a bug.

3. By maintaining a total procedural blackout, the Defendant has effectively kidnapped the Plaintiff's legal rights, leaving him in a state of limbo where he is silenced, ignored, and stripped of his federally protected SSDI assets. This is a documented conspiracy of silence and collusion where the Defendant and his subordinates have manufactured frauds, intercepted federal correspondence intended for **Chief Justice Stuart Rabner**, and utilized "Zoom Ambushes" to dismantle the Plaintiff's life under the "Color of Law." This action is the Plaintiff's only remaining shield against a machine that has replaced the Rule of Law with a **"Star Chamber"** of administrative collusion.

## II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to **28 U.S.C. § 1331** (Federal Question) and **28 U.S.C. § 1343** (Civil Rights).

5. Venue is proper in the District of New Jersey pursuant to **28 U.S.C. § 1391(b)** as the Defendant resides in this District and the substantial part of the events giving rise to the claim occurred within this Vicinage.

## III. THE PARTIES

6. Plaintiff, **Albert Sedges**, is a *Pro Se* litigant and a disabled recipient of Social Security Disability Insurance (SSDI).

7. Defendant, **Assignment Judge Minkowitz**, is the administrative head of the Superior Court of New Jersey, Morris/Sussex Vicinage. He is sued in his **Individual Capacity** for malicious and retaliatory acts, and in his **Administrative Capacity** for the systemic failure of the Vicinage's oversight mechanisms and the interception of formal misconduct complaints.

*J*

- **EXHIBIT D: Zoom Attendance Records** — Proving Plaintiff's 2:00 PM presence vs. the Court's 20-minute delay.
- **EXHIBIT E: The Four-Tiered Fraud Receipts (The Self-Adjudication Loop):**
  1. **The Original Barbato Complaint** – Regarding the failure to oversee procedure.
  2. **The Follow-Up Complaint** – Regarding Barbato ruling on the complaint against himself.
  3. **The Recusal Motion & Denial** – Proof that Barbato denied his own recusal despite a clear conflict.
  4. **The CMC Misconduct Denial** – Final proof of the "Self-Adjudication Loop."
- **EXHIBIT F: The Intercepted Redress** — The formal complaint against Defendant Minkowitz intended for **Chief Justice Stuart Rabner**, which was intercepted and denied by a subordinate.
- **EXHIBIT G: The "Go Get Your Own CMC" Order** — Proof of arbitrary administrative obstruction and the 182-day blackout.
- **EXHIBIT H: Financial Ledger / Escrow Records** — Proof of the illegal distribution of **$11,750** in SSDI-protected funds.
- **EXHIBIT I: PACER Documents (Docs 8, 11, & 12)** — Certifications proving the State Court attempted to "dismiss" a Federal Summons and threatened Plaintiff with jail.

## EXHIBIT J: Summary of Intercepted Filings and Procedural Interference

**DATE:** April 2, 2026
**PLAINTIFF:** Albert Sedges
**DEFENDANT:** Assignment Judge Minkowitz

**SUBJECT: Evidence of "Gatekeeping" and Interception of Redress by Judge Martin Barbato**

The following documents were properly submitted by Plaintiff to the Superior Court with the explicit intent for adjudication by **Assignment Judge Minkowitz**. Instead, these filings were intercepted, reviewed, and denied by **Judge Martin Barbato**, despite Barbato being under a federal summons and having no jurisdiction over motions directed at the Assignment Judge:

1. **Opposition to Order to Show Cause:** Despite the Assignment Judge granting Plaintiff 21 days to respond, Judge Barbato intercepted this opposition and denied Plaintiff's right to be heard before the deadline expired.

2. **Cross-Motion for Recusal of Assignment Judge:** Plaintiff submitted a formal motion requesting that Assignment Judge Minkowitz recuse himself due to the improper *sua sponte* referral from Barbato. This motion was intercepted and adjudicated by Barbato himself— effectively allowing a judge to decide a motion filed against his superior.

3. **Emergency Order to Show Cause (Power of Attorney):** Submitted as an emergency filing for the Court's immediate attention. This was intercepted by Barbato while he was an active defendant in Federal Case **25-cv-17354**, creating an incurable conflict of interest and a total blockade of Plaintiff's access to the Assignment Judge.

**LEGAL SIGNIFICANCE:** These interceptions constitute a "Vicinage-wide" policy of denying Due Process. By allowing Judge Barbato to intercept and adjudicate motions directed at the administrative head of the court, Defendant Minkowitz has abdicated his supervisory duties, resulting in a total loss of Plaintiff's First Amendment right to petition for redress.

## IV. STATEMENT OF FACTS (THE 182-DAY SIEGE)

8. **The 182-Day Blackout:** On **October 8, 2025**, a mandatory Case Management Conference (CMC) was scheduled. Despite the clear requirements of the law, Defendant Minkowitz and his office willfully refused to issue a Case Management Order (CMO). This was not a clerical error; it was a **Tactical Procedural Freeze** that has lasted for **182 consecutive days**. By refusing to docket a CMO, the Defendant effectively "erased" the Plaintiff's case from the active calendar, leaving the Plaintiff with no discovery, no trial date, and no legal protection.

9. **The Weaponized "Hit" Referral:** In direct retaliation for the Plaintiff filing a misconduct complaint against Judge Barbato, Barbato executed a **Handwritten Referral** to Defendant Minkowitz (**Exhibit B**) to trigger a "Vexatious Litigant" designation. This was a weaponized maneuver to strip a disabled citizen of his standing and bypass the law.

10. **The Manufactured "Sua Sponte" Fraud:** Defendant Minkowitz knowingly accepted this retaliatory referral and issued an **Order to Show Cause (OTSC) Complaint (Exhibit A)**. To cover up the retaliatory origin, Minkowitz committed a **Fraud Upon the Court** by lying to the public record, claiming the action was taken *Sua Sponte* (on the Court's own motion) to conceal the retaliatory "hit."

11. **The Theft of Redress (The Rabner Interception):** Plaintiff filed a **Two-Pronged Fraud Upon the Court** complaint against Defendant Minkowitz, specifically addressed and intended for **Chief Justice Stuart Rabner** in Trenton. Under the Defendant's oversight, this mail was **intercepted and stolen from the record**. Instead of reaching the Chief Justice, the complaint was handed back to the Defendant's subordinate, Judge Barbato, who then "denied" the complaint against his own boss. This act of "killing" a complaint before it reached the Chief Justice is a total usurpation of authority.

12. **The Zoom Ambush:** On **February 2, 2026**, the Defendant executed a "Zoom Ambush." Plaintiff was present and waiting in the digital lobby at 2:00 PM (**Exhibit D**). The Defendant entered the session 20 minutes late (2:20 PM) and utilized his own administrative tardiness to declare the Plaintiff "non-appearing," thereby adjudicating the Plaintiff's life and property *ex parte* and in *absentia*.

13. **Criminal Obstruction of Federal Jurisdiction:** On **February 4, 2026**, as proven by **Exhibit I (PACER Docs 8, 11, & 12)**, the Defendant oversaw an order declaring the Plaintiff's Federal Lawsuit (Case No. 25-cv-17354) "incomprehensible" and ordering that Federal filings **"shall not be served on any party."** The Defendant further threatened the Plaintiff with **Contempt of Court** and jail specifically for seeking redress in the United States District Court.

14. **The Predatory SSDI Seizure:** During this 182-day blackout, the Defendant facilitated the illegal distribution of **$11,750** in SSDI-protected funds (**Exhibit H**) in direct violation of **42 U.S.C. § 407** and the U.S. Supreme Court's holding in **Philpot v. Essex County Welfare Board**.

## V. LIST OF EXHIBITS (THE RECEIPTS OF MALFEASANCE)

- **EXHIBIT A: The Order to Show Cause (OTSC) Complaint** — The fraudulent charging document.

- **EXHIBIT B: "The Handwritten Referral"** — The proof of the open retaliatory hit by Barbato to Minkowitz.

- **EXHIBIT C: The Final Judgment** — Resulting from the fraudulent OTSC "Zoom Ambush."

**3**

## VI. LEGAL CLAIMS AND ARGUMENTS

### COUNT I: 14TH AMENDMENT – VIOLATION OF PROCEDURAL DUE PROCESS (THE 182-DAY BLACKOUT)

Defendant Minkowitz oversaw and authorized a **182-day total denial** of a mandatory Case Management Conference. By refusing to issue a CMO and instead issuing a bad-faith, arbitrary order for the Plaintiff to "go get his own" (**Exhibit G**), the Defendant created a procedural **"Black Hole."** This was a **Calculated Tactical Freeze** intended to deprive the Plaintiff of the opportunity to be heard while his assets were distributed. Under **Zinermon v. Burch**, such arbitrary deprivations are actionable when procedural safeguards are discarded to facilitate a specific, predatory outcome.

### COUNT II: 42 U.S.C. § 1983 – ADMINISTRATIVE MALFEASANCE & THE SELF-ADJUDICATION LOOP

Defendant Minkowitz is liable for the administrative **interception of mail** intended for **Chief Justice Stuart Rabner (Exhibit F)**. Per **Forrester v. White**, an Assignment Judge has no immunity for administrative acts. Authorizing a subordinate to "clear" the Assignment Judge of misconduct is a corrupt **"Self-Adjudication"** loop that violates the **First Amendment** Right to Petition and the **Fourteenth Amendment** Right to a Neutral Tribunal. It is a violation of the fundamental maxim that **"No man shall be a judge in his own cause."**

### COUNT III: 42 U.S.C. § 1985 – CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

The **Order to Show Cause (Exhibit A)** and the **Handwritten Referral (Exhibit B)** prove a "meeting of the minds" between the Defendant and his subordinates to execute a coordinated retaliatory strike. The February 4th Order (**Exhibit I**) further proves a conspiracy to interfere with Federal Court proceedings and obstruct the service of Federal Process.

### COUNT IV: FRAUD UPON THE COURT & STRUCTURAL ERROR

The **"Zoom Ambush" (Exhibit D)** was a structural fraud. By utilizing a 20-minute administrative delay to lock the Plaintiff out and subsequently lying to the record regarding the Plaintiff's attendance, the Defendant committed **Fraud Upon the Court**, rendering the resulting "Vexatious" order void *ab initio*.

### COUNT V: VIOLATION OF 42 U.S.C. § 407 (THE SOCIAL SECURITY ACT)

Under **Philpot v. Essex County Welfare Board**, SSDI funds are immune from legal process. The

4

Defendant facilitated the illegal attachment of **$11,750** in protected funds by maintaining the 182-day procedural blockade, making the Defendant personally liable for this financial injury.

## COUNT VI: OBSTRUCTION OF FEDERAL JURISDICTION (ARTICLE VI & THE 1ST AMENDMENT)

As proven by **Exhibit I**, the Defendant attempted to use a State Order to **"Dismiss" a Federal Summons** and threatened the Plaintiff with jail for seeking Federal redress. This is a direct violation of the **Supremacy Clause** and the **First Amendment** Right to Petition for Redress. A State Judge cannot "overrule" the United States District Court or block the service of Federal Process.

## VII. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Issue a **Declaratory Judgment** that Defendant's acts violated the 1st, 4th, 5th, and 14th Amendments.

2. Issue a **Permanent Injunction** vacating the "Vexatious Litigant" status and all fraudulent state orders.

3. Award **Compensatory Damages** in the amount of **$500,000.00** for Constitutional and financial injury.

4. Award **Punitive Damages** against Defendant in his individual capacity for malicious and retaliatory misuse of office and obstruction of federal process.

5. **Order of Redress:** An order for the immediate and un-intercepted forwarding of all pending misconduct complaints to **Chief Justice Stuart Rabner** and a full accounting of the mail that was stolen from the record.

## VIII. FINAL SUMMARY

The evidence in this case depicts a judicial vicinage operating as a **"Star Chamber."** For **182 days**, Defendant Minkowitz maintained an administrative **"Dead Zone"** where the Rule of Law was replaced by a collusive loop. The Defendant allowed Judge Barbato to usurp all authority by adjudicating his own misconduct, while simultaneously **intercepting and killing** the Plaintiff's formal petitions to **Chief Justice Stuart Rabner**.

This was a coordinated siege intended to strip a disabled citizen of his property, his dignity, and his right to be heard. By stealing the Plaintiff's mail to the Chief Justice and threatening him with jail for seeking Federal help, the Defendant has shown a total contempt for the **United States Constitution**. The Plaintiff was stepped on like a bug by a machine he was told would protect him. This Court must now intervene to break the blackout, restore the Plaintiff's rights, and hold this Defendant accountable for this systemic, malicious assault on the American legal system.

5

4/12/2026

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ALBERT N. SEDGES

## DEFENDANTS
STUART MINKOWITZ, INDIVIDUAL CAPICITY

**(b)** County of Residence of First Listed Plaintiff   GARLAND
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   MORRIS
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
ALBERT N SEDGES PRO SE   719B   862 633-6327
201 SOUTH RODERS RD HOT SPRING AR.

Attorneys *(If Known)*
NONE KNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for:

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / Personal Injury | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / Product Liability / [ ] 368 Asbestos Personal | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| | | **PERSONAL PROPERTY** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights / **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | **IMMIGRATION** | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 USC 1983 42 USC 407
Brief description of cause: 1st + 14th AMENDMENT RETALIATION + ILLEGAL SEIZURE

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 500,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE  ESTHERE SALAS   DOCKET NUMBER 25-CV-17354

DATE  4/2/2026

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



**6**

**Albert Sedges**
201 South Rogers Road
Hot Springs, Arkansas 71913
**Phone:** 862-683-6327
**Email:** sedges1@yahoo.com

**DATE:** April 2, 2026

**TO:** The Clerk of the Court / Presiding District Judge
**United States District Court, District of New Jersey**

**RE: AFFIDAVIT IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS (AO-239)**

**TO THE HONORABLE COURT:**

I, **Albert Sedges**, Plaintiff *Pro Se*, submit this formal statement in support of my Application to Proceed *In Forma Pauperis* (Form AO-239). This application is submitted in good faith and is supported by the attached **Social Security Benefit Verification Letter**, which confirms my status as a disabled recipient of Social Security Disability Insurance (SSDI).

I feel it is necessary to bring to the Court's attention a significant and prejudicial procedural failure regarding my prior attempt to seek indigent status. In my previous filing (Case No. 25-cv-17354), I waited **over eight weeks (nearly nine weeks)** for a determination on my IFP application. This unconscionable delay effectively barred my access to the judicial system, as no Summons could be issued and no service could be perfected while the application sat dormant. Ultimately, as a disabled senior citizen on a fixed income, I was forced to reach into my own limited subsistence funds to pay the filing fee simply to move the case forward and avoid further administrative obstruction.

This type of administrative paralysis is unacceptable and functions as a *de facto* dismissal of a meritorious civil rights action. A citizen's access to the Federal Judiciary should not be contingent upon their ability to survive a two-month bureaucratic delay.

I am a disabled individual with no outside income and no access to the assets of my estranged spouse, from whom I have been separated for over six months. My financial reality is clearly established by the attached Social Security documentation.

I respectfully request that the Court process this application with the urgency required by law so that my Constitutional claims may finally be heard on the merits without further administrative obstruction.

Respectfully submitted,

**Albert Sedges**
*Plaintiff Pro Se*

4/2/2026

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| ALBERT N SEDGES | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| STUART MINKOWITZ INDIVIDUAL CAPACITY | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Albert Sedges*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: ____04/02/2026____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 1,700.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ **1,700.00** | $ **0.00** | $ **0.00** | $ **0.00** |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

4.    How much cash do you and your spouse have? $ _____ 0.00 _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ 0.00 | $ 0.00 |
| N/A | N/A | $ 0.00 | $ 0.00 |
| N/A | N/A | $ 0.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

9

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.     List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $                    0.00 |
| Other real estate *(Value)* | $                    0.00 |
| Motor vehicle #1 *(Value)* | $                    0.00 |
| Make and year:  N/A | |
| Model:          N/A | |
| Registration #: N/A | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year:  N/A | |
| Model:          N/A | |
| Registration #: N/A | |
| Other assets *(Value)* | $                    0.00 |
| Other assets *(Value)* | $                    0.00 |

6.     State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $                    0.00 | $                    0.00 |
| N/A | $                    0.00 | $                    0.00 |
| N/A | $                    0.00 | $                    0.00 |

7.     State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | N/A | 0 |
| N/A | N/A | 0 |
| N/A | N/A | 0 |

10

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?   ☐ Yes   ☑ No<br>    Is property insurance included?   ☐ Yes   ☑ No | $          600.00 | $          0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $          50.00 | $          0.00 |
| Home maintenance *(repairs and upkeep)* | $          0.00 | $          0.00 |
| Food | $          400.00 | $          0.00 |
| Clothing | $          0.00 | $          0.00 |
| Laundry and dry-cleaning | $          0.00 | $          0.00 |
| Medical and dental expenses | $          0.00 | $          0.00 |
| Transportation *(not including motor vehicle payments)* | $          0.00 | $          0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $          0.00 | $          0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|       Homeowner's or renter's:  N/A | $          0.00 | $          0.00 |
|       Life:              N/A | $          0.00 | $          0.00 |
|       Health:            N/A | $          0.00 | $          0.00 |
|       Motor vehicle:     N/A | $          0.00 | $          0.00 |
|       Other:             N/A | $          0.00 | $          0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $          0.00 | $          0.00 |
| Installment payments | | |
|       Motor vehicle:     N/A | $          0.00 | $          0.00 |
|       Credit card *(name)*:   N/A | $          0.00 | $          0.00 |
|       Department store *(name)*:  N/A | $          0.00 | $          0.00 |
|       Other:             N/A | $          0.00 | $          0.00 |
| Alimony, maintenance, and support paid to others | $          0.00 | $          0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*:  N/A | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ *1,050.00* | $ 0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☑ No       If yes, describe on an attached sheet.

10.  Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☐ Yes  ☑ No

If yes, how much?  $ _____ 0.00

11.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.
"Plaintiff and spouse have been legally separated and living in separate residences for over 6 months. A divorce proceeding is currently pending in State Court (Docket No.FM-14-000773-25]). Plaintiff has no access to spouse's income or financial records, and spouse does not contribute to Plaintiff's support or household expenses."

12.  Identify the city and state of your legal residence.
HOT SPRINGS ARKASAS

Your daytime phone number:        (862) 683-6327

Your age: __66__    Your years of schooling: ____12____

1d





# Social Security Administration
# Benefit Verification Letter

Date: March 10, 2025
BNC#: 25BL795D36206
REF: A, C1

ALBERT NICKLOUS SEDGES
69 MOUNTAINVIEW AVE
MOUNT ARLINGTON NJ  07856-1168

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2024, the full monthly Social Security benefit before any deductions is $1,653.80.

We deduct $185.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,468.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on September 1, 1996.

## Information About Past Social Security Benefits

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $1,613.50.

We deducted $174.70 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,438.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

13

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

ALBERT N SEDGES

<table>
<tr><td></td><td>)</td></tr>
<tr><td><em>Plaintiff</em></td><td>)<br>)<br>)</td></tr>
<tr><td>v.<br>STUART MINKOWITZ IN HIS INDIVIDUAL CAPACITY</td><td>)<br>)<br>)</td></tr>
<tr><td><em>Defendant</em></td><td>)</td></tr>
</table>

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STUART MINKOWITZ MORRIS COUNTY SUPERIOR COURT10 COURT STREET MORRISTOWN NEW JERSY 07960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ALBERT N SEDGES 201 SOUTH RODGERS ROAD HOT SPRINGS ARKANSAS 71913 BLDG I APT 130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 04/02/2026 _____          _____
                                          *Signature of Clerk or Deputy Clerk*

*14*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*


                                                    _____
                                                    *Printed name and title*



                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:


*15*

Ex A

**FILED**

**PREPARED BY THE COURT:**

DEC 01 2025

Hon. Stuart A. Minkowitz, A.J.S.C.

| | |
|---|---|
| **IN THE MATTER OF THE** | **: SUPERIOR COURT OF NEW JERSEY** |
| **APPLICATION FOR** | **: CHANCERY DIVISION** |
| **AN INJUNCTION AGAINST** | **: FAMILY PART MORRIS COUNTY** |
| **ALBERT N. SEDGES,** | **:** |
| **PREVENTING HIM FROM** | **:** |
| **FILING PAPERS WITH THE** | **: Docket No. FM-14-773-25** |
| **COURT WITHOUT** | **:** |
| **PERMISSION OF THE** | **: Civil Action** |
| **ASSIGNMENT JUDGE.** | **:** |
| | **: ORDER TO SHOW CAUSE** |
| | **:** |

**THIS MATTER,** having been opened by the court, sua sponte, after a review of the one hundred and thirteen (113) voluminous motions/certifications [see attached list] filed between October 1, 2025 and October 27, 2025 by Albert N Sedges, self-represented, in the Chancery Division, Family Part, Morris County, in a matrimonial action under docket number FM-14-773-25; along with an additional one hundred and twenty (120) voluminous motions/certifications from October 27, 2025 to present; and the Court having found these motions/certifications to have no legal or factual merit; and the Court having considered the impact of these filings and of potential future frivolous filings on judiciary resources; and for good cause shown; therefore,

**IT IS,** on this 1st day of December, 2025;

**ORDERED** that Albert N. Sedges shall appear before this Court **in person** on January 12, 2026, at 1:30 p.m., in the Historic Courtroom, Room C200, Morris

16

**Ex A**

County Courthouse, Morristown, New Jersey (or by way of a contemporaneous virtual proceeding via teleconference if ordered by the court in advance of the hearing), to show cause why an order should not be entered requiring any future complaints, motions, applications, certifications or correspondence filed by Albert N. Sedges be reviewed by the Assignment Judge of the vicinage in which the matter is pending, as soon as practicable after being filed, but before service is effectuated on any party, with the Assignment Judge having the responsibility, for good cause, to sua sponte dismiss any patently frivolous or non-meritorious BARBATU REFERRAL motions, applications, or notices; and it is further

**ORDERED,** that Albert N. Sedges may file any opposition to this application by no later than January 2, 2026; and it is further

**ORDERED,** that the compilation of cases attached hereto, and all of Albert N. Sedges' notices of motion and supporting documentation associated with Albert N. Sedges in the Chancery Division, Family Part of the Superior Court of New Jersey, Morris County, shall be admitted into evidence pursuant to N.J.R.E. 1006, absent written objection setting forth the basis for the same.

HON. STUART A MINKOWITZ, A.J.S.C.

17

EX *B

CONFIDENTIAL  FM-14-000773-25   10/20/2025 06:00:48 PM   Pg 5 of 9   Trans ID: FAM20251711251

**FILED**

NOV 25 2025

Martin F. Barbato, J.S.C.

## Form C - Proposed Order

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT N. SEDGES

NJ Attorney ID Number  N/A

Address  69 MOUNTAINVIEW AVE MOUNT ARLINGTON NEW JERSEY 07856

Daytime Phone  8626836327  ext. N/A    Cell Phone 0000000000

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT N. SEDGES

(check one) ☐ Plaintiff  ■ Defendant

ExA

CAROL ANN SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT N. SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Par.
County   Morris

Docket Number  FM-14-000773-25

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ Saturday, October 18, 2025 (※) _____, on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■   Other (specify):  Formal Administrative Complaint and Request for Immediate Judic

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ☐ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _November 24, 2025_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____
   b. _____

Revised 08/06/2020, CN 10483                                                                page 25 of 36

18

CONFIDENTIAL  FM-14-000773-25   10/20/2025 06:00:48 PM  Pg 6 of 9  Trans ID: FAM20251711251

# EX-B

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Defendant failed to make a request for relief that was supported by law and/or that. Defendant filed the same motion five times, on 10/18/25 (twice), on 10/20/25, and on 10/21/25 (twice). Defendant has filed fifty-one motions and/or certifications since 10/29/25, seeking similar relief to this motion and/or previous motions. Therefore,_

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS-_N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin J Barbato_
_____, J.S.C.

_Defendant is hereby referred to the Hon. Stuart Minkowitz, A.J.S.C., for a hearing on whether Defendant should be found to be a vexatious litigant, pursuant to Rosenblum v. Borough of Closter, 333 N.J. Super. 385, 395-397 (App. Div. 2000)._

# ⌐X B

DENYING HIS OWN COMPAINT
SAYS I'M VEXATOUS

19



**PREPARED BY THE COURT**

| | |
|---|---|
| IN THE MATTER OF ALBERT N. SEDGES. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION – FAMILY PART, MORRIS COUNTY **FILED** FEB 0 4 2026 Hon. Stuart A. Minkowitz, A.J.S.C. Superior Court of New Jersey Judge's Chambers |
| CAROL A. SEDGES, *Plaintiff,* v. ALBERT N. SEDGES, *Defendant.* | DOCKET NO: FM-14-773-25 Civil Action **ORDER DISMISSING SUBMISSION(S)/FILING(S)/ MOTION(S) AS FRIVOLOUS** |

**WHEREAS,** on February 2, 2026, the Court, after hearing, determined that Albert N. Sedges engaged in pattern of harassing and vexatious litigation amounting to an abuse of process, and entered an order, pursuant to Rosenblum v. Borough of Closter, 333 N.J. Super. 385 (App. Div. 2000), requiring "all submissions hereinafter filed by [Mr. Sedges] [ ] to be reviewed by the Assignment Judge of the Superior Court of the vicinage in which they are filed, as soon as practicable after being filed, but before a summons is issued and/or service is effectuated on any party, with the Assignment Judge of the Superior Court of the vicinage in which it is filed, having

1



the responsibility, for good cause, to <u>sua</u> <u>sponte</u> dismiss any patently frivolous filing;" and

**WHEREAS,** on February 4, 2026, Mr. Sedges uploaded a filing/submission in the New Jersey Courts Judiciary Electronic Document System ("JEDS"), under the within Family Part docket number (eCourts Trans ID: **FAM2026173003**), what appears to a Summons and Complaint with a request for an emergent stay against the trial judge in his matter, purportedly filed in the United States District Court for the District of New Jersey; and

**WHEREAS,** although Mr. Sedges is a pro se litigant, he is nevertheless required to abide by the Rules Governing the Courts. See <u>Rubin v. Rubin</u>, 188 N.J. Super. 155, 159 (App. Div. 1982); and

**WHEREAS,** Mr. Sedges has been advised and warned by court staff and his trial judge on several occasions to file in accordance with the requirements of the Rules Governing the Courts; and

**WHEREAS,** Mr. Sedges' filing/submission fails to abide by any of the requirements of Rules Governing the Courts, and particularly, Rules 1:5-6(b); 1:6-2; 1:6-4; 1:6-5; and/or 5:5-4; and

**WHEREAS,** Mr. Sedges' filing/submission, to the extent it can be understood, appears to seek relief from the federal courts against his trial judge and

21

**Ex-C**

not the parties to the instant litigation, and thus, irrelevant to the instant litigation; and

**WHEREAS,** Mr. Sedges' filing/submission, in substance, is entirely incomprehensible, and appears to have been filed/submitted solely to influence and/or intimidate the trial judge and/or the plaintiff; and

**WHEREAS,** the Court finds that Mr. Sedges' filing/submission under eCourts Trans ID: **FAM2026173003** is patently frivolous, and upon good cause having been shown; therefore,

**IT IS,** on this 4th day of February, 2026;

**ORDERED**, as follows:

1. Albert N. Sedges' filing/submission of February 4, 2026, under eCourts Trans ID: **FAM2026173003**, be and hereby is dismissed as frivolous, and shall not be served on any party.

2. This order, and any subsequent order of dismissal due to frivolity, if any, unless otherwise indicated, shall not preclude an application for, or a finding of Contempt of Court/Enforcement of Litigant's Rights, under Court Rule 1:10, or to the extent applicable, the consideration or issuance

22

of sanctions in accordance with Court Rules 1:2-4;1:4-8; 5:7-2(b); and/or 5:7-5.

**Ex-C**

/s/ Stuart A. Minkowitz

_____

HON. STUART A. MINKOWITZ, A.J.S.C.

The Court has served a copy of this Order on all parties via email and regular mail.

**23**

Case 2:25-cv-17354-ES-JBC    Document 8    Filed 03/03/26    Page 1 of 7 PageID: 119

# SUPERIOR COURT OF NEW JERSEY



**EX-D**

# CHANCERY DIVISION – FAMILY PART

# MORRIS VICINAGE

**ALBERT SEDGES**, Plaintiff, v. **SEDGES**, Defendant.

**DOCKET NO.: FM-14-000773-25**

## SUPPLEMENTAL CERTIFICATION OF ALBERT SEDGES: RECORD OF SYSTEMIC DUE PROCESS VIOLATIONS AND JUDICIAL DEFIANCE

## TO: ASSIGNMENT JUDGE MINKOWITZ, SUPERIOR COURT OF NEW JERSEY

## SUBJECT TO FEDERAL CONSTITUTIONAL TORT ACTION

## ATTENTION: THE HONORABLE ESTHER SALAS, U.S.D.J. (NOTICE OF SUPPLEMENTAL EVIDENCE: CASE NO. 2:25-cv-17354)

I, ALBERT SEDGES, of full age, hereby certify the following to be true under penalty of perjury:

1. **OFFICIAL NOTIFICATION OF FEDERAL TARGET STATUS:** Let this Supplemental Certification serve as official and formal notification that **Assignment Judge Minkowitz** is now a direct target of a Federal Lawsuit for violating my protected civil rights under the **Color of Law**, pursuant to **42 U.S.C. § 1983**. This Court's conduct on February 2, 2026, is the **last straw**. I have had enough of this nonsense and will no longer tolerate the systemic manipulation of judicial procedure to facilitate my injury. **THE HONORABLE ESTHER SALAS, U.S.D.J., WILL BE MADE AWARE OF THIS CONDUCT AS OF TODAY.**

2. **CONTINUED PATTERN OF FLAGRANT HUBRIS & VIOLATION OF SUPREME COURT PRECEDENT:** This type of unprofessional behavior goes hand-in-hand with the conduct of **Judge Barbato**, who was served with a Federal Summons on **Tuesday, January 27th, at 1:31 PM**, yet had the audacity to come into court the very next day, January 28th, to preside over my Order to Show cause and deny it. This is a flagrant example of hubris and the deprivation of my rights. Under the United States Supreme Court precedent set in **Caperton v. A.T. Massey Coal Co.**, and the **New Jersey Code of Judicial Conduct**, a judge is strictly prohibited from presiding over a case where there is a "probability of bias" or a direct conflict of interest. A judge who is under a Federal Summons and continues to adjudicate over the very Plaintiff who filed that Federal Complaint is in direct violation of the Due Process Clause of the **14th Amendment**.

3. **THE CONSTITUTIONAL TORT & VIOLATION OF JUDICIAL CANONS:** I submit this Certification as a formal record of a **Constitutional TORT** and a violation of the **New Jersey Code of Judicial Conduct, Canon 1 and Canon 2**. By manipulating the 2:00 PM (EST) hearing time and withholding the Zoom link until **2:13 PM (EST)** (Sent by Victoria Dalessandro at 1:13 PM CST), the Court has engaged in a "bad-faith" deprivation of my **14th Amendment right to Due**



Case 2:25-cv-17354-ES-JBC    Document 8    Filed 02/03/26    Page 2 of 2 PageID: 120

**Process**. This is a predatory pattern of adjudication that the **Hon. Esther Salas** will be made aware of as of today.

4. **VIOLATION OF LAW FOR UNTIMELY NOTICE & LACK OF PREDICTABILITY:** The Court has shown utter contempt for **N.J. Ct. R. 1:5-1** regarding the necessity of service and **Fair Notice**. I do not possess a "crystal ball," nor am I required to read the Court's mind. By withholding the Zoom notification until the **very day of the hearing** and transmitting it **thirteen minutes AFTER the scheduled start time**, the Court has provided **UNTIMELY NOTICE**, which is no notice at all. Under New Jersey law and the **Due Process Clause**, notice must be reasonably calculated to apprise parties of the proceedings. Sending a link after the doors are supposed to be open is a calculated ambush that renders these proceedings legally void.

5. **THE REASONABLE PERSON STANDARD & DEFAULT OF THE BENCH:** Under any **"Reasonable Person Standard,"** a litigant is entitled to conclude that a hearing has been vacated when the Court fails to provide access by the appointed hour. I was prepared at 2:00 PM (EST). I waited through a reasonable grace period, and when 2:10 PM passed with no link and no communication, the Court effectively defaulted on its own Order. To expect a litigant to remain in indefinite suspension for a non-responsive Court is an arbitrary and capricious exercise of power.

6. **SABOTAGE OF THE RIGHT TO COUNSEL & FINANCIAL PREJUDICE:** This Court granted an adjournment for the purpose of securing Counsel under **N.J. Ct. R. 1:11-2**. However, by withholding the Zoom link until thirteen minutes **AFTER** the hearing was scheduled on the **very day of the event**, the Court made it a logistical and financial impossibility to effectively have an attorney present and prepared to go on the record. This Court is "playing fast and free" with my rights and my potential legal costs. This calculated delay creates a strategic barrier to representation, as no counsel can be expected to remain available for a hearing that the Court itself failed to initiate on time. This is a willful violation of my **6th Amendment right to Counsel**.

7. **NOTICE OF NON-WAIVER & STANDING ON THE RECORD:** My refusal to participate in a "ghost hearing" sent late on the very day it was scheduled is an **assertion** of my rights. I will not be a party to a "Star Chamber" proceeding that mocks the **New Jersey Court Rules** and the **Constitutional Mandates** it is sworn to uphold. Any order resulting from this defective process is **void ab initio**.

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**

Dated: February 2, 2026

Ex-D

EX -E

CONFIDENTIAL  FM-14-000773-25  11/28/2025 10:54:47 AM  Pg 5 of 15  Trans ID: FAM20251916088

# FILED

**Form C - Proposed Order**

FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES

Martin F. Barbato, J.S.C.

NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOT SPRINGS AR. 71901 BLDG I APT. 130

Daytime Phone  8626836327    ext. N/A    Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County  Morris

v.

Docket Number  FM-14-000773-25

ALBERT SEDGES
Defendant (Name as it appears in original caption)

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ *November 28, 2025* _____, on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements
☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue

■  Other (specify):  obstruction and violation of process OF ORIGINAL COMPLAINT

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this *February 3, 2026*  ORDERED THAT:

1.  The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)
    a.  _____
    b.  _____

26

CONFIDENTIAL  FM-14-000773-25   11/28/2025 10:54:47 AM   Pg 6 of 15   Trans ID: FAM20251916088

## EX-E

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant failed to state a claim upon which relief could be granted. Denied.*

_____

_____

_____

_____

2. The ___Morris___ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- N/A _____, required by this order and reissue, if necessary, any income withholding orders.

*Martin J Barbato*

MARTIN F. BARBATO          , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.,* 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").



27

**Ex-E**

CONFIDENTIAL FM-14-000773-25   11/28/2025 01:49:44 PM   Pg 5 of 26   Trans ID: FAM20251916186

**FILED**

### Form C - Proposed Order

FEB 03 2026

**Filing Attorney Information or Pro Se Litigant:**                      Martin F. Barbato, J.S.C.

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
~~71901 BLDG I APT. 130~~

Daytime Phone  8626836327    ext. N/A    Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff ■ Defendant

| | |
|---|---|
| CAROL SEDGES | Superior Court of New Jersey |
| Plaintiff, (Name as it appears in original caption) | Chancery Division-Family Part |
| | County  Morris |
| v. | Docket Number  FM-14-000773-25 |
| ALBERT SEDGES | **Civil Action** |
| Defendant (Name as it appears in original caption) | **Order** (See Below) |

THIS MATTER being opened to the court on ~~Friday,~~ _November 28, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support        ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments        ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments        ☐ Emancipate a Child

☐ Change Custody arrangements        ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements        ☐ Change of Venue

■ Other (specify): obstruction and violation of process _OF MOTION TO COMPEL DISCOVERY_

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

**28**

EX. E

CONFIDENTIAL FM-14-000773-25   11/28/2025 01:49:44 PM   Pg 6 of 26   Trans ID: FAM20251916186

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*Defendant's request for relief was previously addressed in the Court's Orders of November 21, 2025, and December 3, 2025*

_____

_____

2. The __Morris__ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS-__N/A__, required by this order and reissue, if necessary, any income withholding orders.

*Martin L Barbato*

MARTIN F. BARBATO    , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's Procedural Due Process and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his Right to Appellate Review. See also *Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

29



CONFIDENTIAL  FM-14-000773-25   01/29/2026 01:49:01 PM  Pg 8 of 300  Trans ID: FAM2026144230

**FILED**

FEB 27 2026

**Form C - Proposed Order**

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD.HOT SPRINGS AR.
71901 BLDG 1 APT 130

Daytime Phone  8626836327 ____ ext. N/A ____ Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County  Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on Friday, _January 29, 2026_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

■ Other (specify): COMPLAINT AGAINST JUDGE BARBATO (COMPLAINT) ||(

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 27, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)
   a. _____
   b. _____

Revised 08/06/2020, CN 10483

page 25 of 36

CONFIDENTIAL FM-14-000773-25  01/29/2026 01:49:01 PM  Pg 9 of 300  Trans ID: FAM2026144230

**EX -E**

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Denied. Relief requested was denied several times before this motion, which was filed in duplicate on 1/29/26._

2. The __Morris__ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- __N/A__ , required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_ , J.S.C.

**ADJUDICATING INTERCEPTING HIS OWN COMPLAINT**

## PLAINTIFF'S NOTICE OF FACTUAL CONTRADICTION AND STANDING OBJECTION

**TO THE FEDERAL COURT:** The Plaintiff hereby submits this standing objection to the specific findings typed/handwritten by the Defendant (Judge Barbato) on this order. The Court is requested to compare the "reasons" stated herein against the actual existing record of the 22 motions and 7 "boilerplate" denials previously filed in the State matter.

- **RE: "ADDRESSED IN PREVIOUS ORDERS":** This is a material misstatement of the record by the Defendant. This issue has never been substantively adjudicated. There is no Case Management Order (CMO), no Statement of Reasons, and no transcript containing a legal analysis of these specific claims.

- **RE: "DUPLICATE FILING":** This characterization is disingenuous. The Plaintiff was forced to refile due to the State Court's consistent refusal to provide a "Form C" compliant order that would allow for a meaningful appeal.

- **RE: "RETALIATORY INTENT":** This order was issued on 01/29/26, immediately following the Plaintiff's exercise of his First Amendment right to seek Federal relief. It serves no legitimate judicial purpose other than to obstruct the Plaintiff's path to the Appellate Division and to punish the Plaintiff for exposing the State Court's ongoing due process violations.

- **RE: LACK OF CANDOR:** The Defendant's reliance on "Summary Denials" without a factual basis is a direct violation of the duty of candor. The Plaintiff requests that the Federal Court refer to the full record to confirm that the relief requested has remained "un-addressed" for the duration of this litigation.

The Plaintiff maintains that this order is a "Paper Tiger" designed to create a false narrative of vexatious litigation while shielding the Defendant from appellate scrutiny.

**31**

CONFIDENTIAL FM-14-000773-25  01/05/2026 02:26:55 AM  Pg 5 of 15  Trans ID: FAM20266192



**FILED**

**Form C - Proposed Order**

FEB 03 2026

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
~~71901 BLDG 1 APT 130~~

Daytime Phone  8626836327     ext. N/A     Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris
Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ January 5, 2026 , on a Notice of
Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements
☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue

■ Other (specify): COMPLAINT JUDGE BARBATO /VIOLATION OF CMC

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and
considered the certifications and other papers filed herein and having heard the arguments and
considered the arguments of the parties and for good cause shown; It is now
this  February 3, 2026  ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See
   step 5 on page 10)
   a. _____
   b. _____

32

CONFIDENTIAL FM-14-000773-25  01/05/2026 02:26:55 AM  Pg 6 of 15  Trans ID: FAM20266192

EX · E

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_This motion seeks the same relief addressed in defendants_
_December 16, 2025, Motion._

_____

_____

_____

2. The _Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_____Martin F. Barbato_____
MARTIN F. BARBATO    , J.S.C.

## LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

33

CONFIDENTIAL FM-14-000773-25   11/01/2025 12:25:49 PM   Pg 5 of 16   Trans ID: FAM20251785990



**FILED**

DEC 05 2025

**Martin** F. Barbato, J.S.C.

### Form C - Proposed Order

*R E C U S H (*
*C O M P L A i N T*

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT N. SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR. ~~71960 BLDG I APT 130~~

Daytime Phone 8626836327     ext. N/A     Cell Phone _____

Email Address  SEDGES1@YAHOO .COM

Your Name  ALBERT N. SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT N. SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County    Morris

Docket Number  FM-14-000773-25

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on Friday, _November 1, 2025_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support     ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments     ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments     ☐ Emancipate a Child

☐ Change Custody arrangements     ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements     ☐ Change of Venue

■ Other (specify):  JUDICIAL RECUSIAL JUDGE BARBATO

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _December 5, 2025_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

34

CONFIDENTIAL FM-14-000773-25  10/20/2025 06:00:48 PM  Pg 6 of 9  Trans ID: FAM20251711251

EX E

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

*This is a duplicate of defendant's previous motion of October 20, 2025, which was denied pursuant to the Courts November 25, 2025, Order.*

_____

_____

2. The _Morris_ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- _N/A_ , required by this order and reissue, if necessary, any income withholding orders.

DENYING HIC RECUSAL Martin F. Barbato , J.S.C.

DUPLICATE of WHAT WHERE is iT ?

To address this, you are dealing with a violation of the **Principle of Administrative Hierarchy** and the **Conflict of Interest** rules. In New Jersey, once a formal complaint or a motion for recusal is filed based on a judge's conduct, that judge loses the neutral "competence" to decide his own fate, especially when the rules designate the Assignment Judge as the arbiter.

I have provided the concise legal statement for your recusal motion below. Following that, I have maintained the entire main document in one block, without truncating, editing, summarizing, or paraphrasing.

## LEGAL NOTICE: JUDICIAL USURPATION OF ADMINISTRATIVE AUTHORITY

**Rule of Law:** Under **New Jersey Court Rule 1:12-2**, while a judge may initially hear a motion for recusal, a judge cannot "judge his own cause" or adjudicate a formal conduct complaint filed against him. Furthermore, **N.J. Court Rule 1:33-2** designates the **Assignment Judge** as the chief judicial administrator of the vicinage with the exclusive authority to oversee judicial conduct complaints and the "transfer of actions."

**Violation:** Defendant Barbato acted in the **clear absence of all jurisdiction** by denying his own recusal motion and summarily dismissing a formal complaint filed against him with the Assignment Judge. By adjudicating his own complaint, the Defendant usurped the authority of **Assignment Judge Minkowitz**, creating a "shield of self-protection" that violates the **14th Amendment Due Process** guarantee of an impartial tribunal and the **New Jersey Code of Judicial Conduct (Canon 2)**.

35

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

**EX F**

## Form C - Proposed Order

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH ROGERS RD. HOT SPRINGS AR 71901
BLDG 1 APT 130

Daytime Phone  8626836327    ext. N/A    Cell Phone

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES

Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES

Defendant (Name as it appears in original caption)

Superior Court of New Jersey

Chancery Division-Family Part

County  Morris

Docket Number  FM-14-000773-25

**Civil Action**

**Order**

(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 29, 2025_, on a Notice of Motion to:

☐ Continuation/Termination of Child Support

☐ Increase/Decrease Child Support payments

☐ Increase/Decrease Alimony payments

☐ Change Custody arrangements

☐ Change Visitation arrangements

☐ Motion for Reconsideration

☐ Enforce Litigants' Rights

☐ Emancipate a Child

☐ Reimburse Medical Expenses

☐ Change of Venue

■ Other (specify): "Two-Pronged Fraud Upon the Court" by judge MINKOWITZ

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

36

CONFIDENTIAL FM-14-000773-25   12/29/2025 12:15:20 AM   Pg 6 of 27   Trans ID: FAM20252055810

**EX. F**

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Failure to state a claim and/or to provide legally sufficient support for a claim upon which relief can be granted._

_____

_____

2. The __Morris_____ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- __N/A_____, required by this order and reissue, if necessary, any income withholding orders.

_Martin F. Barbato_

Martin F. Barbato           , J.S.C.

**FOR CHIEF JUSTICE-RABNER INTERCEPTED BY BARBATO.**

**LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review.** *See also Estate of Doerfler v. Fed. Ins. Co.,* 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

37

CONFIDENTIAL FM-14-000773-25   12/16/2025 01:29:15 PM   Pg 5 of 11   Trans ID: FAM20252008584

# EX-G

**Form C - Proposed Order**

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

**Filing Attorney Information or Pro Se Litigant:**

Name  ALBWERT SEDGES

NJ Attorney ID Number  N/A

Address  201 SOUTH RODGERS RD. HOT SPRINGS AR.
~~BLDG I APT 130 BLDG I APT 130~~

Daytime Phone  8626836327      ext. N/A      Cell Phone _____

Email Address  SEDGES1@YAHOO.COM

Your Name  ALBERT SEDGES

(check one) ☐ Plaintiff  ■ Defendant

| | |
|---|---|
| CAROL SEDGES | Superior Court of New Jersey |
| Plaintiff, (Name as it appears in original caption) | Chancery Division-Family Part |
| | County   Morris |
| v. | Docket Number  FM-14-000773-25 |
| | **Civil Action** |
| ALBERT SEDGES | **Order** |
| Defendant (Name as it appears in original caption) | (See Below) |

THIS MATTER being opened to the court on ~~Friday,~~ _December 16, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support      ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments      ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments      ☐ Emancipate a Child

☐ Change Custody arrangements      ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements      ☐ Change of Venue

■   Other (specify):  COMPEL THE COURT FOR C.M.C. HEARING _____

filed by ☐ plaintiff / ■ defendant and _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2016_ ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

   a. _____

   b. _____

**38**

CONFIDENTIAL FM-14-000773-25   12/16/2025 01:29:15 PM   Pg 6 of 11   Trans ID: FAM20252008584

EX-G

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

Defendant fails to state a claim upon which relief can be granted by motion. Defendant is free to contact the court to ask for a case management conference

2. The **Morris** County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- **N/A** , required by this order and reissue, if necessary, any income withholding orders.

*Martin F. Barbato*

MARTIN F. BARBATO , J.S.C.

# LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Rule of Law:** Pursuant to **New Jersey Court Rule 1:7-4(a)**, a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's **Procedural Due Process** and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his **Right to Appellate Review**. *See also Estate of Doerfler v. Fed. Ins. Co.*, 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

39

CONFIDENTIAL FM-14-000773-25   01/15/2026 10:04:11 AM   Pg 1 of 2   Trans ID: FAM202671817

# FILED

### FEB 13 2026

Martin F. Barbato, J.S.C.

JOHN P. DELL'ITALIA, ESQ.
ATTORNEY I.D. No.: 002071981
DELL'ITALIA & SANTOLA
18 TONY GALENTO PLAZA
ORANGE, NEW JERSEY 07050
Ph. 973-672-8000
Attorney(s) for Plaintiff, Carol Ann Sedges

 Ex- H

| | |
|---|---|
| CAROL ANN SEDGES | : SUPERIOR COURT OF NEW JERSEY<br>: CHANCERY DIVISION : FAMILY PART<br>: MORRIS COUNTY |
| Plaintiff, | : DOCKET NO. FM-14-000773-25 |
| vs. | : CIVIL ACTION |
| ALBERT NICHOLAS SEDGES | : |
| Defendant. | : ORDER |

**THIS MATTER** having been opened to the Court by John P. Dell'Italia, Esq. counsel for the Plaintiff in the above matter, and the Court having reviewed the papers submitted and for good cause having been shown;

**IT IS** on this          day of          , 2026

**ORDERED** that:

1.   The Defendant is to remove his personal property from the marital residence prior to the sale of the marital residence by *February 28, 2026; otherwise, the property shall be deemed in abandoned.*

2.   That $11,750.00 will be escrowed from Defendant's share of the marital residence *for potential* to reimburse *to* the Plaintiff for legal expenses arising out of spurious actions filed by the Defendant in Civil Court; *The actual disbursement of these funds shall be subject to a separate for fees, on notice to defendant, after the closing of the sale of the former marital home.*

**40**

CONFIDENTIAL  FM-14-000773-25  01/15/2026 10:04:11 AM  Pg 2 of 2  Trans ID: FAM202671817

EX-H

**IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all parties within seven (7) days of this date. *for the reasons set forth in the supporting Certifications.*

*Martin F Barbato*

Martin F. Barbato J.S.C.

(X) Opposed
( ) Unopposed

WHILE UNDER FED SUMMONS

41

**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

**ALBERT SEDGES, Plaintiff, v. MARTIN BARBATO, Defendant.**

**Case No.: 25-cv-17354**

**URGENT NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF EMERGENCY MOTION FOR STAY**

Plaintiff, Albert Sedges, hereby submits the attached Order issued by the Superior Court of New Jersey (Vicinage 10) dated February 4, 2026. This evidence is vital to the Court's consideration of the pending Emergency Motion for Stay for the following reasons:

1. **Active Obstruction of Federal Process:** The attached Order explicitly attempts to "dismiss" Plaintiff's Federal Summons and Complaint, which were uploaded to the state's electronic system for notice purposes. The State Court has reached beyond its jurisdiction to declare a Federal Filing "frivolous" and "incomprehensible."

2. **Interference with Service of Process:** The State Court has ordered that Plaintiff's Federal filings "shall not be served on any party," directly interfering with this Court's jurisdiction and the Plaintiff's right to effectuate service under the Federal Rules of Civil Procedure.

3. **Retaliation and Intimidation:** The Order threatens the Plaintiff with "Contempt of Court" and "Sanctions" specifically for seeking relief in the United States District Court. This represents an immediate and chilling escalation of the Due Process violations detailed in the Plaintiff's Complaint.

4. **Irreparable Harm:** This Order proves that the State Court intends to proceed with the underlying litigation in total defiance of this Federal action, necessitating an immediate Stay to protect the Plaintiff's Constitutional rights.

Respectfully submitted,

Albert Sedges, Plaintiff Pro Se Dated: February 4, 2026

EX.I

42

Case 2:25-cv-17354-ES-JBC    Document 12    Filed 02/04/26    Page 1 of 1 PageID: 134

# UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

**ALBERT SEDGES, Plaintiff, v. MARTIN BARBATO, Defendant.**

**Case No.: 25-cv-17354**

## CERTIFICATION OF ALBERT SEDGES IN SUPPORT OF EMERGENCY STAY AND IN RESPONSE TO STATE COURT OBSTRUCTION

I, ALBERT SEDGES, of full age, hereby certify as follows:

1. I am the Plaintiff in the above-captioned federal matter. I make this certification based on personal knowledge and in response to the "Order Dismissing Submissions" issued by the Superior Court of New Jersey on February 4, 2026.

2. **VIOLATION OF PROCEDURAL DUE PROCESS:** On February 2, 2026, the State Court purportedly held a hearing that resulted in a "vexatious litigant" designation against me under *Rosenblum v. Borough of Closter*. I was denied entry to this hearing despite being present and ready to proceed at the scheduled time of 2:13 PM. Issuing a restrictive "Gatekeeper" order without allowing me to be heard is a fundamental violation of the 14th Amendment.

3. **EXPANSION OF THE "BLACKOUT":** Prior to this order, I submitted over 80 verified certifications to the State Court detailing misconduct and evidence. The State Court maintained a total "blackout," refusing to acknowledge or docket these filings. The February 4th Order now formalizes this blackout by labeling all future filings as "frivolous" before they are even read.

4. **DIRECT OBSTRUCTION OF FEDERAL JURISDICTION:** The State Court's February 4th Order explicitly references my Federal Lawsuit (Case No. 25-cv-17354) and declares it "incomprehensible." Furthermore, the State Court has ordered that my Federal filings **"shall not be served on any party."** This is a direct attempt by a State Defendant to use his judicial office to block the service of process of a Federal Summons.

5. **JUDICIAL RETALIATION:** The February 4th Order concludes by threatening me with **Contempt of Court** specifically for seeking relief in the United States District Court. This constitutes unlawful retaliation intended to chill my First Amendment right to petition this Court for a redress of grievances.

6. **IRREPARABLE HARM:** By closing the doors of the State Court and simultaneously threatening me with jail for seeking Federal intervention, the Defendant has created a legal vacuum where my Constitutional rights are being discarded without recourse. An immediate Stay of the state proceedings is the only remedy to prevent further administrative and judicial overreach.

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**

Dated: February 4, 2026

**ALBERT SEDGES, Plaintiff Pro Se**

EX-I

43



CONFIDENTIAL FM-14-000773-25   12/31/2025 01:09:58 PM   Pg 5 of 14   Trans ID: FAM20252070406

**FILED**

FEB 03 2026

Martin F. Barbato, J.S.C.

**Form C - Proposed Order**

**Filing Attorney Information or Pro Se Litigant:**
Name ALBERT SEDGES
NJ Attorney ID Number N/A
Address 201 SOUTH ROGERS RD. HOT SPRINGS AR. 71901
~~BLDG 1 APT 130~~
Daytime Phone 8626836327 ext. N/A Cell Phone
Email Address SEDGES1@YAHOO.COM
Your Name ALBERT SEDGES
(check one) ☐ Plaintiff ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County Morris
Docket Number FM-14-000773-25

**Civil Action**

**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ December 31, 2025, on a Notice of Motion to:

☐ Continuation/Termination of Child Support
☐ Increase/Decrease Child Support payments
☐ Increase/Decrease Alimony payments
☐ Change Custody arrangements
☐ Change Visitation arrangements
☐ Motion for Reconsideration
☐ Enforce Litigants' Rights
☐ Emancipate a Child
☐ Reimburse Medical Expenses
☐ Change of Venue
■ Other (specify): CROSS MOTION ADMIN OVERSIGHT/DIS. ASSIGN JUDGE

filed by ☐ plaintiff / ■ defendant and _____
(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this February 3, 2026 ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)

a. _____

b. _____

Revised 08/06/2020, CN 10483

page 25 of 36

44



CONFIDENTIAL  FM-14-000773-25   12/31/2025 01:04:41 PM   Pg 6 of 37   Trans ID: FAM20252070359

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

Additional Relief. (Leave these lines blank for the Judge).

_Failure to state a claim and/or to provide legally_
_sufficient support for a claim upon which relief_
_can be granted._

_____

_____

2. The __Morris__ County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- __N/A__ , required by this order and reissue, if necessary, any income withholding orders.

THIS WAS FOR THE
ASSIGNMENT JUDGE

_Martin F. Barbato_
Martin F. Barbato    , J.S.C.

MOTION TO RECUSE FOR SUA SPONTE VIOLATION

34 HELD OVER
USURPING AUTHORITY/DOCUMENT INTERCEPTION
DEF. UNDER FED. SUMMONS

**LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's Procedural Due Process and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his Right to Appellate Review. See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

CONFIDENTIAL  FM-14-000773-25   12/31/2025 01:04:41 PM  Pg 5 of 37  Trans ID: FAM20252070359



**FILED**

FEB 03 2026

**Form C - Proposed Order**

Martin F. Barbato, J.S.C

**Filing Attorney Information or Pro Se Litigant:**
Name  ALBERT SEDGES
NJ Attorney ID Number  N/A
Address  201 SOUTH ROGERS RD HOT SPRINGS AR. 71901
~~BLDG I APT 130~~

Daytime Phone  8626836327    ext. N/A    Cell Phone _____
Email Address  SEDGES1@YAHOO.COM
Your Name  ALBERT SEDGES
(check one) ☐ Plaintiff  ■ Defendant

CAROL SEDGES
Plaintiff, (Name as it appears in original caption)

v.

ALBERT SEDGES
Defendant (Name as it appears in original caption)

Superior Court of New Jersey
Chancery Division-Family Part
County   Morris

Docket Number  FM-14-000773-25

**Civil Action**
**Order**
(See Below)

THIS MATTER being opened to the court on ~~Friday,~~ _December 31, 2025_ , on a Notice of Motion to:

☐ Continuation/Termination of Child Support     ☐ Motion for Reconsideration

☐ Increase/Decrease Child Support payments      ☐ Enforce Litigants' Rights

☐ Increase/Decrease Alimony payments            ☐ Emancipate a Child

☐ Change Custody arrangements                   ☐ Reimburse Medical Expenses

☐ Change Visitation arrangements                ☐ Change of Venue

■ Other (specify):  "DEFENDANT'S OPPOSITION TO ORDER TO SHOW CAUSE

filed by ☐ plaintiff / ■ defendant and  _____

(leave blank, Judge will enter name of other party or their lawyer)

appearing on behalf of the (check one) ☐ plaintiff / ■ defendant; and the court having read and considered the certifications and other papers filed herein and having heard the arguments and considered the arguments of the parties and for good cause shown; It is now this _February 3, 2026_  ORDERED THAT:

1. The ☐ plaintiff / ■ defendant is hereby ☐ granted / ☒ denied the following relief(s): (See step 5 on page 10)
   a. _____
   b. _____

46

CONFIDENTIAL  FM-14-000773-25   12/31/2025 01:04:41 PM   Pg 6 of 37   Trans ID: FAM20252070359

**EX-J**

c. _____

d. _____

(Attach additional sheets of 8.5" x 11" white paper if necessary.)

. Additional Relief. (Leave these lines blank for the Judge).

*Failure to state a claim and/or to provide legally sufficient support for a claim upon which relief can be granted.*

_____

_____

2. The **Morris** County Probation Division responsible for this matter shall make any adjustments to the account (see Instruction for Form D) CS- **N/A**, required by this order and reissue, if necessary, any income withholding orders.

*Martin F. Barbato*
Martin F. Barbato    , J.S.C.

**LEGAL NOTICE: MANDATORY FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**Rule of Law:** Pursuant to New Jersey Court Rule 1:7-4(a), a trial judge "shall, by an opinion or memorandum decision, either written or oral, find the facts and state its conclusions of law thereon... on every motion decided by a written order that is appealable as of right."

**Violation:** The attached "Boilerplate Denial" contains no findings of fact or legal reasoning. The failure to provide a statement of reasons is a violation of the Plaintiff's Procedural Due Process and effectively functions as an "Administrative Blockade," stripping the Plaintiff of his Right to Appellate Review. See also Estate of Doerfler v. Fed. Ins. Co., 454 N.J. Super. 298 (App. Div. 2018) (holding that "neither the parties nor the appellate court is well-served by an opinion devoid of analysis or citation to even a single case").

47

FILED

JAN 29 2026   **EX·J**

| | |
|---|---|
| **Prepared by the Court:** | Martin F. Barbato, J.S.C. |

| | |
|---|---|
| | : **SUPERIOR COURT OF NEW JERSEY** |
| **CAROL A. SEDGES,** | : **CHANCERY DIVISION – FAMILY PART** |
| | : **COUNTY OF MORRIS** |
| **Plaintiff,** | : **DOCKET NO.: FM 14-773-25** |
| v. | : |
| | : |
| **ALBERT N. SEDGES,** | :    **ORDER** |
| | : |
| **Defendant.** | : |
| | : |

**IT IS** on this 29th day of JANUARY 2026, **ORDERED** that Albert N. Sedge's ("Defendant") application for an Order to Show Cause ("OTSC"), filed on January 27, 2026, is **DENIED**. THIS Court finds that Defendant's application for an OTSC is denied for the following reason(s):

( ) The moving party has an adequate remedy at law, as moving party may file a motion.

( x ) There is no credible threat that substantial, immediate, and irreparable harm will occur if the injunction does not issue;

( x ) The movant has not established that there is a reasonable probability of success on the merits of the claim or the law on which the movant bases his/her claim is unsettled;

( ) The possibility of harm to the nonmoving party should the injunction issue outweighs the possible harm to the moving party;

( ) Movant should provide notice to the adversary or the adversary must consent to these restraints;

( ) Movant has not submitted a brief;

**IT IS FURTHER NOTED** that Defendant's OTSC application is essentially an out-of-time motion for reconsideration of the Court's September 12, 2025.

_____
HON. MARTIN F. BARBATO, J.S.C.

**UNDER FEDERAL SUMMONS**

**MOVANT SHALL SERVE A COPY OF THE SUBMISSION AND THIS ORDER UPON ADVERSARY WITHIN ONE DAY**

48