**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**ALBERT SEDGES,**
Plaintiff,

v.

**MARTIN BARBATO,**
Defendant.

**Civil Action No.: 2:25-cv-17354 (ES) (JBC)**

**TO: THE HONORABLE ESTHER SALAS, U.S.D.J.**
**TO: MELISSA E. RHOADS, ESQ., CLERK OF COURT**

**SUPPLEMENTAL CERTIFICATION OF ALBERT SEDGES REGARDING ADMINISTRATIVE FILING STATUS AND PRESERVATION OF SUBMISSION DATE**

I, **ALBERT SEDGES**, of full age, hereby certify as follows:

1. I am the Plaintiff, *pro se*, in the above-captioned matter. I submit this Supplemental Certification to formally notify the Court and the Clerk of Court of the status of my recent evidentiary submissions and to preserve the "Date of Filing" pursuant to the April 7, 2026, extension deadline.

2. On **March 31, 2026**, I utilized the Court's **ADS (Electronic Document Submission)** system to submit a comprehensive batch of supplemental certifications and exhibits.

3. These documents were meticulously organized, paginated, and indexed to ensure a clear and unedited record for the Court's review.

4. As of the date of this Certification, **April 3, 2026**, the PACER/ECF docket reflects that a portion of the submitted documents has been formally "entered" by the Clerk's Office, while other essential components remain in "Web Form Submission" status.

5. On this date, April 3, 2026, at approximately 2:00 PM ET, I contacted the Clerk's Office via telephone to conduct a "ministerial status inquiry." The purpose of this inquiry was to confirm the administrative processing of these files and to ensure that no technical barriers exist prior to the upcoming April 7th deadline.

6. As a *pro se* litigant, I have a fundamental right to a complete and accurate record. The documents currently pending approval are critical to the litigation of this matter and contain evidence of the violations alleged in the Complaint.

7. I respectfully request that the Court recognize the **March 31, 2026** submission date as the operative "Date of Filing" for all materials submitted via the ADS system on that day, as the act of delivery to the Court was completed seven (7) days prior to the deadline.

8. I further request that, should the Clerk's Office identify any technical or formatting "deficiencies" in the pending files, I be granted a reasonable window of forty-eight (48) hours from the date of such notice to cure said deficiencies.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Dated: April 3, 2026**

**ALBERT SEDGES, Plaintiff Pro Se**
201 South Rogers Road

Hot Springs, AR 71901

## CERTIFICATE OF SERVICE

I, **ALBERT SEDGES**, hereby certify that on this **3rd day of April, 2026**, a true and correct copy of the foregoing **Supplemental Certification Regarding Administrative Filing Status** was served upon the following parties via **First Class U.S. Mail**:

**The Honorable Esther Salas, U.S.D.J.**
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Melissa E. Rhoads, Esq., Clerk of Court**
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Office of the Attorney General of New Jersey**
Division of Law
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Dated: April 3, 2026**

**ALBERT SEDGES, Plaintiff Pro Se**