**FORMAL ADMINISTRATIVE GRIEVANCE**

**TO:** Margaret A. Wiegand, Circuit Executive
Office of the Circuit Executive, Third Circuit
22409 U.S. Courthouse, 601 Market Street
Philadelphia, PA 19106

**FROM:** Albert Sedges, Plaintiff *Pro Se*
**DATE:** April 6, 2026
**RE:** Failure of Ministerial Duty / Administrative Intercept of Filing
**CASE:** *Sedges v. Barbato*, Case No.: 2:25-cv-17354 (ES) (JBC)
**LOCATION:** District of New Jersey (Newark)

**STATEMENT OF FACTS**

1. **TIMELY FILING:** On **March 31, 2026**, seven (7) days prior to the Court-ordered deadline of April 7, 2026, I utilized the **ADS (Electronic Document Submission)** system to submit a comprehensive Motion package, including a **Notice of Motion**, **Preliminary Statement**, **Statement of Facts**, and supporting exhibits.

2. **SELECTIVE DOCKETING:** As of the date of this grievance, the Clerk's Office has selectively "approved" and docketed only a portion of the submission. Critically, they have failed to docket the **Notice of Motion** and the core legal arguments, leaving the filing fragmented and legally ineffective on the public record despite the materials being submitted simultaneously.

3. **INFORMAL NOTICE:** On **April 1, 2026**, I submitted an informal letter via the ADS system notifying the Clerk's Office of the impending April 7th deadline and requesting the processing of the remaining documents held in the queue. No action was taken.

4. **FORMAL CERTIFICATION:** On **April 2, 2026**, I filed a **Supplemental Certification** addressed directly to **The Honorable Esther Salas, U.S.D.J.** and **Melissa E. Rhoads, Esq., Clerk of Court**, formally documenting the administrative delay and preserving the March 31st filing date for the record.

5. **FAILURE TO COMMUNICATE:** On Friday, **April 3, 2026**, I made **four (4) separate telephone inquiries** to the Clerk's Office. I left detailed messages with my contact information (862-683-6327). **Zero (0) calls were returned**, and **zero (0) entries** were made to the docket during this 24-hour period, despite the Office being open for business.

6. **MINISTERIAL DUTY FAILURE:** The documents in question are standard in format and consistent with those already approved. The failure to docket the **Notice of Motion** constitutes an administrative intercept of a timely filing, violating my right to Due Process and hindering my access to the Court.

7. **DEPRIVAL OF OPPORTUNITY TO CURE:** The Clerk's Office's refusal to process these documents for six (6) days has effectively stripped me of my procedural right to **cure any minor deficiencies** (such as signatures or case number corrections). By withholding a decision on the filing until the final twenty-four (24) hours of a court-ordered extension, the Clerk's Office has created an artificial time barrier that prevents me from correcting and resubmitting any documents found to be deficient.

8. **IRREPARABLE HARM:** With the deadline of **April 7, 2026**, less than twenty-four (24) hours away, the Clerk's Office's refusal to perform its ministerial duty risks the dismissal of my claims and prejudices my standing against the Defendant.

**REQUEST FOR RELIEF**

I respectfully request that the **Circuit Executive** intervene to ensure the District of New Jersey Clerk's Office immediately dockets the remainder of the March 31st submission. I further request an inquiry into the administrative handling of this matter to prevent further "intercepts" of *pro se* filings and to ensure the Clerk's Office adheres to its duty to process filings in a timely and non-discriminatory manner that allows litigants reasonable time to cure administrative errors.

**Respectfully Submitted,**

**ALBERT SEDGES, Plaintiff Pro Se**
201 South Rogers Road, Building I, Apartment 130
Hot Springs, AR 71901
862-683-6327