# FORMAL ADMINISTRATIVE GRIEVANCE



**TO:** Margaret A. Wiegand, Circuit Executive
Office of the Circuit Executive, Third Circuit
22409 U.S. Courthouse, 601 Market Street
Philadelphia, PA 19106

**FROM:** Albert Sedges, Plaintiff *Pro Se*
**DATE:** April 6, 2026
**RE:** Failure of Ministerial Duty / Administrative Intercept of Filing
**CASE:** *Sedges v. Barbato*, Case No.: 2:25-cv-17354 (ES) (JBC)
**LOCATION:** District of New Jersey (Newark)

## STATEMENT OF FACTS

1. **TIMELY FILING:** On **March 31, 2026**, seven (7) days prior to the Court-ordered deadline of April 7, 2026, I utilized the **ADS (Electronic Document Submission)** system to submit a comprehensive Motion package, including a **Notice of Motion**, **Preliminary Statement**, **Statement of Facts**, and supporting exhibits.

2. **SELECTIVE DOCKETING:** As of the date of this grievance, the Clerk's Office has selectively "approved" and docketed only a portion of the submission. Critically, they have failed to docket the **Notice of Motion** and the core legal arguments, leaving the filing fragmented and legally ineffective on the public record despite the materials being submitted simultaneously.

3. **INFORMAL NOTICE:** On **April 1, 2026**, I submitted an informal letter via the ADS system notifying the Clerk's Office of the impending April 7th deadline and requesting the processing of the remaining documents held in the queue. No action was taken. **SEE ATTACHED**

4. **FORMAL CERTIFICATION:** On **April 2, 2026**, I filed a **Supplemental Certification** addressed directly to **The Honorable Esther Salas, U.S.D.J.** and **Melissa E. Rhoads, Esq., Clerk of Court**, formally documenting the administrative delay and preserving the March 31st filing date for the record. **SEE ATTACHED**

5. **FAILURE TO COMMUNICATE:** On Friday, **April 3, 2026**, I made **four (4) separate telephone inquiries** to the Clerk's Office. I left detailed messages with my contact information (862-683-6327). **Zero (0) calls were returned**, and **zero (0) entries** were made to the docket during this 24-hour period, despite the Office being open for business.

6. **MINISTERIAL DUTY FAILURE:** The documents in question are standard in format and consistent with those already approved. The failure to docket the **Notice of Motion** constitutes an administrative intercept of a timely filing, violating my right to Due Process and hindering my access to the Court.

7. **DEPRIVAL OF OPPORTUNITY TO CURE:** The Clerk's Office's refusal to process these documents for six (6) days has effectively stripped me of my procedural right to **cure any minor deficiencies** (such as signatures or case number corrections). By withholding a decision on the filing until the final twenty-four (24) hours of a court-ordered extension, the Clerk's Office has created an artificial time barrier that prevents me from correcting and resubmitting any documents found to be deficient.

8. **IRREPARABLE HARM:** With the deadline of **April 7, 2026**, less than twenty-four (24) hours away, the Clerk's Office's refusal to perform its ministerial duty risks the dismissal of my claims and prejudices my standing against the Defendant.

**REQUEST FOR RELIEF**

I respectfully request that the **Circuit Executive** intervene to ensure the District of New Jersey Clerk's Office immediately dockets the remainder of the March 31st submission. I further request an inquiry into the administrative handling of this matter to prevent further "intercepts" of *pro se* filings and to ensure the Clerk's Office adheres to its duty to process filings in a timely and non-discriminatory manner that allows litigants reasonable time to cure administrative errors.

**Respectfully Submitted,**

**ALBERT SEDGES, Plaintiff Pro Se**
201 South Rogers Road, Building I, Apartment 130
Hot Springs, AR 71901
862-683-6327



**Albert Sedges**
201 South Rogers Road
Hot Springs, Arkansas 71913
Phone: 862-683-6327
Email: sedges1@yahoo.com

*My 1st Correspondence to the Clerk's office "UNRESPONSIVE"*

DATE: April 2, 2026

TO: Office of the Clerk
**United States District Court, District of New Jersey**
Attn: Chambers of Judge Esther Salas

RE: URGENT NOTICE OF DELAYED DOCKETING & FILING STATUS
CASE NAME: Sedges v. Barbato
CASE NUMBER: 25-cv-17354
ADS SUBMISSION DATE: Tuesday, March 31, 2026

TO THE CLERK OF THE COURT:

I, **Albert Sedges**, Plaintiff *Pro Se*, submit this formal notice to alert the Court and the Clerk's Office to a significant administrative delay regarding my opposition filings.

On **Tuesday, March 31, 2026**, I submitted a total of **27 documents** via the Alternate Document Submission (ADS) system. I have received 27 individual email receipts confirming these submissions were successful on that date. However, as of today, Thursday, April 2, 2026, **only 8 of the 27 items** have been entered onto the official docket.

**Time is of the essence.** My deadline to complete this opposition filing is **Tuesday, April 7, 2026.** These documents have been in the Clerk's possession for 48 hours without being docketed. I am respectfully requesting that the Clerk's Office immediately process the remaining 19 submissions to ensure the record is complete and accessible to Judge Salas before the upcoming deadline.

If any of these 19 pending documents are deemed **deficient**, I request immediate notification via email (**sedges1@yahoo.com**) or phone (**862-683-6327**) so I may cure them instantly. I cannot allow administrative backlog to prejudice my right to be heard on the merits.

Thank you for your immediate attention to this urgent matter.

Respectfully submitted,

**Albert Sedges**
*Plaintiff Pro Se*

4/2/2026

*MY 2ND CORRESPONDENCE TO THE CLERK'S OFFICE "UNRESPONSIVE"*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ALBERT SEDGES,
Plaintiff,

v.

MARTIN BARBATO,
Defendant.

Civil Action No.: 2:25-cv-17354 (ES) (JBC)

TO: THE HONORABLE ESTHER SALAS, U.S.D.J.
TO: MELISSA E. RHOADS, ESQ., CLERK OF COURT

**SUPPLEMENTAL CERTIFICATION OF ALBERT SEDGES REGARDING ADMINISTRATIVE FILING STATUS AND PRESERVATION OF SUBMISSION DATE**

I, **ALBERT SEDGES**, of full age, hereby certify as follows:

1. I am the Plaintiff, *pro se*, in the above-captioned matter. I submit this Supplemental Certification to formally notify the Court and the Clerk of Court of the status of my recent evidentiary submissions and to preserve the "Date of Filing" pursuant to the April 7, 2026, extension deadline.

2. On **March 31, 2026**, I utilized the Court's **ADS (Electronic Document Submission)** system to submit a comprehensive batch of supplemental certifications and exhibits.

3. These documents were meticulously organized, paginated, and indexed to ensure a clear and unedited record for the Court's review.

4. As of the date of this Certification, **April 3, 2026**, the PACER/ECF docket reflects that a portion of the submitted documents has been formally "entered" by the Clerk's Office, while other essential components remain in "Web Form Submission" status.

5. On this date, April 3, 2026, at approximately 2:00 PM ET, I contacted the Clerk's Office via telephone to conduct a "ministerial status inquiry." The purpose of this inquiry was to confirm the administrative processing of these files and to ensure that no technical barriers exist prior to the upcoming April 7th deadline.

6. As a *pro se* litigant, I have a fundamental right to a complete and accurate record. The documents currently pending approval are critical to the litigation of this matter and contain evidence of the violations alleged in the Complaint.

7. I respectfully request that the Court recognize the **March 31, 2026** submission date as the operative "Date of Filing" for all materials submitted via the ADS system on that day, as the act of delivery to the Court was completed seven (7) days prior to the deadline.

8. I further request that, should the Clerk's Office identify any technical or formatting "deficiencies" in the pending files, I be granted a reasonable window of forty-eight (48) hours from the date of such notice to cure said deficiencies.

9. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Dated: April 3, 2026**

**ALBERT SEDGES, Plaintiff Pro Se**
201 South Rogers Road



Hot Springs, AR 71901

**CERTIFICATE OF SERVICE**

I, **ALBERT SEDGES**, hereby certify that on this **3rd day of April, 2026**, a true and correct copy of the foregoing **Supplemental Certification Regarding Administrative Filing Status** was served upon the following parties via **First Class U.S. Mail**:

**The Honorable Esther Salas, U.S.D.J.**
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Melissa E. Rhoads, Esq., Clerk of Court**
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Office of the Attorney General of New Jersey**
Division of Law
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Dated: April 3, 2026**

**ALBERT SEDGES, Plaintiff Pro Se**

( 5 )