**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**ALBERT SEDGES, Plaintiff,**
**v.**
**MARTIN BARBATO, Defendant.**

**Civil Action No.: 25-cv-17354 (ES)**

**NOTICE OF WITHDRAWAL OF ERRONEOUS FILING**

Plaintiff, Albert Sedges, appearing Pro Se, hereby notifies the Court and the Clerk that the Complaint filed in this matter on [Insert Date] ~~4/2/26~~ against a third party (Stuart Minkowitz) was filed in this docket in error.

Plaintiff has since corrected this administrative error by refiling that Complaint as a "New Case" through the ADS system.

Plaintiff respectfully requests that the Clerk of the Court disregard the previous filing in this specific docket (**25-cv-17354**) as it was intended for a separate and distinct legal action.

Dated: __4/6/__ , 2026

**ALBERT SEDGES, Plaintiff Pro Se**