**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**ALBERT SEDGES, Plaintiff,**
v.
**MARTIN BARBATO, Defendant.**

**Civil Action No.: 25-cv-17354 (ES) (JBC)**

**NOTICE OF CLARIFICATION AND FORMAL REQUEST TO STRIKE DOCUMENT 64 FILED IN ERROR**

Plaintiff, Albert Sedges, appearing Pro Se, hereby submits this Notice of Clarification to the Court and the Clerk regarding **Document 64**, docketed on April 2, 2026, erroneously titled "Amended Complaint."

1. **ADMINISTRATIVE ERROR:** Document 64 is a standalone Federal Civil Rights Complaint against a separate defendant, STUART MINKOWITZ. This document was uploaded to the 25-cv-17354 docket due to a clerical error in the ADS submission process.

2. **NOT AN AMENDED COMPLAINT:** Document 64 is **not** an amendment to the claims against Martin Barbato. It involves distinct constitutional violations, a different defendant, and separate legal theories. Processing this as an "Amended Complaint" in the current docket is a procedural error that will cause unnecessary confusion and delay in the adjudication of the Barbato matter.

3. **SEPARATE LITIGATION FILED:** Plaintiff has already corrected this error by filing the Complaint against STUART MINKOWITZ as a **"New Case"** via the ADS system on April 6, 2026. Plaintiff has also filed a separate Complaint against SUSAN CHAIT as a New Case.

4. **REQUEST FOR RELIEF:** To maintain the integrity of the record in **25-cv-17354**, Plaintiff respectfully requests that the Clerk:

   - **STRIKE** Document 64 from this docket; or

   - **RE-CHARACTERIZE** the entry to reflect it was filed in error; and

   - Ensure that the **Barbato** litigation remains separate from the newly filed **Minkowitz** action.

Plaintiff provides this Notice to ensure there is no misunderstanding: the litigation against STUART MINKOWITZ is a separate and distinct legal action and must not be merged, joined, or confused with the proceedings currently before Judge Salas in this docket.

Dated: April 6, 2026

**ALBERT SEDGES, Plaintiff Pro Se**