**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**TO: THE CHIEF JUDGE**
Mitchell H. Cohen Building & U.S. Courthouse
Newark Office
970 Broad Street
Newark, NJ 07102

**DATE:** April 21, 2026

**FROM:** Albert Sedges, Pro Se
201 South Rogers Road, Apt 130
Hot Springs, AR 71960

**RE: FORMAL COMPLAINT OF MISCONDUCT AGAINST COURT EMPLOYEES PURSUANT TO JUDICIAL COUNCIL RULE 16**
**REF CASE NOS:** 25-cv-17354 (Judge Salas) and 26-cv-03662 (Judge Cecchi)

**DEAR CHIEF JUDGE:**

Pursuant to the direction of the Circuit Executive of the United States Court of Appeals for the Third Circuit (see **Exhibit A**, attached), I am filing this formal grievance regarding systemic administrative failures within the Newark Clerk's Office.

This complaint specifically addresses the persistent failure to process my submissions in a timely manner. To date, I have been forced to submit the **same 2nd Amended Complaint for Case No. 26-cv-03662 four separate times** (Submissions on April 13, April 20, and two on April 21, 2026). Because of the 5MB file size limit imposed by the ADS system, I have had to meticulously split and submit my 61-page complaint to ensure compliance, yet the Clerk's Office has failed to docket, approve, or follow up on any of these filings.

When a citizen is forced to navigate technical hurdles and resubmit the same legal documents four times without a single professional response or a Pacer entry, the system is failing its constitutional mandate. This administrative apathy obstructs the progress of my litigation and violates the professional standards expected of this court.

Under **Judicial Council Rule 16**, I am requesting an immediate investigation. As the Chief Judge, it is your responsibility to ensure that court employees are not obstructing justice through administrative negligence. I have attached the confirmation notices for all four submissions as **Exhibit B** to document this pattern of failure. Per Rule 16, the responsible employees must be provided a copy and permitted 15 days to respond in writing, followed by my right to reply.

I look forward to a written decision regarding the corrective actions taken to ensure the Newark Clerk's Office begins performing its duties with the efficiency the law requires.

Respectfully Submitted,

**Albert Sedges, Pro Se**

**ENCLOSURES: Exhibit A:** Letter from Third Circuit Executive (Ref: Undocketed Submission Received April 6, 2026)
**Exhibit B:** Four (4) ADS Webform Submission Confirmations (April 13 – April 21, 2026)

*1*

**VIA ADS WEBFORM**

April 18, 2026

Melissa E. Rhoads, Clerk of Court
United States District Court, District of New Jersey
Martin Luther King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: ALBERT SEDGES v. STUART MINKOWITZ**
**Case No.: 2:26-cv-03662-CCC-CF**
**Subject: SECOND NOTIFICATION Regarding Unprocessed Filing (ADS Submission April 13, 2026)**

Dear Ms. Rhoads:

I am writing to provide a **second notification** regarding the status of a filing submitted via the ADS Webform on Monday, April 13, 2026, at 2:18 AM. My initial inquiry into this matter remains unresolved.

My submission for the **Second Amended Complaint** was divided into two parts due to file size. While the second portion of the document has been processed and appears on the CM/ECF docket, **Part 1 (Pages 1–61)** remains unprocessed.

Because Part 1 contains the foundational allegations and jurisdictional basis for this action, the current docket record is fragmented and incomplete. I respectfully request that the Clerk's Office review the April 13th submission and finalize the docketing of the initial 61 pages to ensure the Second Amended Complaint is reflected in its entirety.

Thank you for your prompt attention to this second request.

Respectfully submitted,

*/s/ Albert Sedges*
Albert Sedges, Pro Se
201 South Rogers Road
Building I, Apartment 130
Hot Springs, AR 71913
862-683-6327
SEDGES1@YAHOO.COM



**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**ALBERT SEDGES, Plaintiff,**
**v.**
**STUART MINKOWITZ, Defendant.**
**Case No.: 2:26-cv-03662-CCC-CF**

**NOTICE OF FILING DEFICIENCY BY THE CLERK'S OFFICE AND REQUEST FOR DOCKET CORRECTION**

**TO: THE CLERK OF THE COURT (Newark Vicinage)**

Plaintiff, Albert Sedges, appearing pro se, hereby submits this formal notice regarding a critical omission in the electronic docketing of the Second Amended Complaint.

On **Monday, April 13, 2026, at 02:18 AM**, Plaintiff submitted "2ND AMENDED COMPLAINT PART 1 PG 1-61" via the ADS Webform (Receipt Confirmation attached/referenced).

The Court's docket currently reflects the following:

1. **Docket Entry #4:** Contains only "Pages 62-135" of the Second Amended Complaint.

2. **Missing Record:** The first 61 pages of the Second Amended Complaint—containing the primary Statement of Facts and Constitutional Violations—remain unprocessed and absent from the public docket despite being timely submitted eight (8) days ago.

Plaintiff has recently cured unrelated signature deficiencies on secondary letters (Entries #5 and #6), but notes that the original submission from April 13th was fully signed and dated on pages 1 through 8.

**REQUESTED ACTION:**
Plaintiff requests that the Clerk's Office immediately process and docket the first 61 pages of the Second Amended Complaint submitted on April 13, 2026, to ensure the Court has a complete and accurate record for adjudication. Plaintiff is resubmitting the missing 61 pages simultaneously with this notice to facilitate immediate correction of the record.

Respectfully submitted,

**ALBERT SEDGES**
*Plaintiff Pro Se*
Dated: April 21, 2026

*3*

**OFFICE OF THE CIRCUIT EXECUTIVE**
**United States Third Circuit**

**Margaret A. Wiegand**
Circuit Executive

601 Market Street
22409 United States Courthouse
Philadelphia, Pennsylvania 19106-1790

**Tel: (215) 597-0718**
**Fax: (215) 597-8656**

April 7, 2026

Albert Sedges
201 South Rogers Road
Apt. 130
Hot Springs, AR 71960

Re: Undocketed Submission Received April 6, 2026

Dear Mr. Sedges:

This is in response to your fax submission received on April 6, 2026.

If you wish to file a complaint against district court employees, then you must do so in accordance with Judicial Council Rule 16 (enclosed).  Complaints against district court employees must be filed with the Chief Judge of the appropriate district court.

Accordingly, no action will be taken on your submission.

Sincerely,

s/ Margaret A. Wiegand
Circuit Executive

4

### Rules of the Judicial Council of the Third Judicial Circuit
### of the United States

## RULE 16. ALLEGATIONS OF MISCONDUCT BY COURT EMPLOYEES

Allegations of misconduct against employees of one of the courts within the jurisdiction of the Judicial Council (excluding circuit, district, bankruptcy and magistrate judges), shall be referred in the first instance to the chief judge of the employing court. If the chief judge, or his or her designee, determines that the complaint is frivolous on its face, the chief judge shall respond accordingly to the complainant, with a copy to the circuit executive. If the chief judge, or designee, does not dismiss the complaint as frivolous, the chief judge, or designee, shall promptly provide the employee named in the complaint with a copy of the complaint. The employee shall have 15 days to respond in writing to the complaint, after which the complainant shall have 15 days to submit a response. After receiving the employee's reply and the complainant's response, or after the time for submitting them has expired, the chief judge, or designee, shall prepare a written decision. A copy of the decision shall be provided to the complainant, the employee, and the circuit executive.

Appeals from the final action of the employing court shall be lodged with the circuit executive who shall refer non-frivolous matters to the Council. Such appeals shall be resolved by the Council only after reasonable notice in writing to the employee and an opportunity afforded him or her to respond in writing and to be heard with counsel, if the employee desires.

5

# ADS Webform Submission: Your filing was submitted and will be processed.

U.S. District Court for the District of New Jersey (do_not_reply@njd.uscourts.gov)

sedges1@yahoo.com

Monday, April 13, 2026 at 01:18 AM CDT

Submitted on Monday, April 13, 2026 - 02:18

Submitted values are:

Name: ALBERT SEDGES
Phone Number: 8626836327
Email Address: SEDGES1@YAHOO.COM
Email Address Confirm: SEDGES1@YAHOO.COM
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:26-cv-03662-CCC-CF
Case Caption: ALBERT SEDGES VS STUART MINKOWITZ
Document 1 Description: 2ND AMENDED COMPLAINT PART1 PG 1-61
 ==More Documents==
  Document 2 Description:
  Document 3 Description:
  Document 4 Description:
  Document 5 Description:

4/21/26

## ADS Webform Submission: Your filing was submitted and will be processed.

U.S. District Court for the District of New Jersey (do_not_reply@njd.uscourts.gov)

sedges1@yahoo.com

Monday, April 20, 2026 at 09:28 PM CDT

Submitted on Monday, April 20, 2026 - 22:28

Submitted *values are*:

Name: ALBERT SEDGES
Phone Number: 862-683-6327
Email Address: sedges1@yahoo.com
Email Address Confirm: sedges1@yahoo.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:26-03662-CCC-CF
Case Caption: ALBERT SEDGES VS. STUART MINKOWITZ
Document 1 Description: 2ND ATTEMPT TO CLERK
  ==More Documents==
    Document 2 Description:
    Document 3 Description:
    Document 4 Description:
    Document 5 Description:

4/21/26

7

## ADS Webform Submission: Your filing was submitted and will be processed.

U.S. District Court for the District of New Jersey (do_not_reply@njd.uscourts.gov)

sedges1@yahoo.com

Tuesday, April 21, 2026 at 04:55 AM CDT

Submitted on Tuesday, April 21, 2026 - 05:55

Submitted values are:

Name: ALBERT SEDGES
Phone Number: 862-683-6327
Email Address: sedges1@yahoo.com
Email Address Confirm: sedges1@yahoo.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:26-03662-CCC-CF
Case Caption: ALBERT SEDGES VS. STUART MINKOWITZ
Document 1 Description: LETTER OF 2ND SUBMISSION PGS 1-61
 ==More Documents==
   Document 2 Description:
   Document 3 Description:
   Document 4 Description:
   Document 5 Description:

*Albert Sedges* 4/21/26

8

ADS Webform Submission: Your filing was submitted and will be processed.

U.S. District Court for the District of New Jersey (do_not_reply@njd.uscourts.gov)

sedges1@yahoo.com

Tuesday, April 21, 2026 at 04:59 AM CDT

Submitted on Tuesday, April 21, 2026 - 05:59

Submitted values are:

Name: ALBERT SEDGES
Phone Number: 862-683-6327
Email Address: sedges1@yahoo.com
Email Address Confirm: sedges1@yahoo.com
Select the vicinage in which your submission should be filed: Newark
Case Number: 2:26-03662-CCC-CF
Case Caption: ALBERT SEDGES VS. STUART MINKOWITZ
Document 1 Description: 2ND ATTEMPT OF 2ND AMEND. COMPLAINT
  ==More Documents==
   Document 2 Description:
   Document 3 Description:
   Document 4 Description:
   Document 5 Description:

4/21/26

9